# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    X

Hytto Pte. Ltd. and Danxiao Information
Technology Ltd.,                                                  :

     Plaintiffs,                              :

           :  Docket No.: _____

    v.                                                  :

           :

Eddy JD Olivares II,                                              :

     Defendant.                              :

           :

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    X

## <u>VERIFIED COMPLAINT</u>

   Plaintiffs Hytto Pte. Ltd. and Danxiao Information Technology Ltd. ("Plaintiffs"), by and through their undersigned counsel, bring this Verified Complaint against Defendant Eddy JD Olivares II ("Defendant") for defamation, business disparagement, misappropriation of trade secrets, breach of confidence, tortious interference, and related claims, and allege as follows:

## <u>PRELIMINARY STATEMENT</u>

   1.  This is an action arising from Defendant's unlawful campaign of defamation, business disparagement, and misappropriation of confidential and trade secret information belonging to Plaintiffs. After voluntarily resigning from his employment with Plaintiff Danxiao Information Technology Ltd. in 2017, Defendant began, in 2025, to publicly and falsely claim co-founder status, ownership rights, and control over Plaintiffs' intellectual

property. Defendant has published numerous false and disparaging statements about Plaintiffs and their executives, disclosed confidential business information, and interfered with Plaintiffs' business relationships. Plaintiffs seek injunctive relief, compensatory and punitive damages, attorneys' fees, and all other relief the Court deems just and proper.

## PARTIES

2.     Plaintiff Hytto Pte. Ltd. is a corporation organized under the laws of Singapore, with its principal place of business in Singapore. Hytto is the owner of the Lovense brand and intellectual property.   It has operated as a U.S. facing entity for the Lovense brand and has conducted substantial business in the United States, including during the period from 2015 to 2017 through its former U.S. subsidiary, Hytto Inc.

3.     Plaintiff Danxiao Information Technology Ltd. is a corporation organized under the laws of the People's Republic of China, with its principal place of business in Guangzhou, China. Danxiao was Defendant's employer during his tenure with the company.

4.     Defendant Eddy JD Olivares II is an individual residing in Naples, Florida, within the Middle District of Florida. At all relevant times, Defendant was employed by Danxiao and had access to Plaintiffs' confidential and proprietary information.

## JURISDICTION

5.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs assert claims under the Defend Trade Secrets Act, 18 U.S.C. § 1836, et seq.

6.      This Court also has jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because this is a civil action between citizens of a foreign state (Plaintiffs) and a citizen of a U.S. state (Defendant), and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.      This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a) because those claims are so related to the federal claims that they form part of the same case or controversy.

## VENUE

8.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) because Defendant resides in this judicial district.

9.      Venue is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district, including Defendant's publication of defamatory statements and disclosure of confidential information.

10.     Venue is proper in this district under 28 U.S.C. § 1391(b)(3), in that Defendant Mr. Olivares is subject to personal jurisdiction in this district with respect to this action, and there is no other district in which the action may otherwise be brought.

## FACTUAL BACKGROUND

**A.    Defendant's Employment**

11.     Defendant was hired by Plaintiff Danxiao Information Technology Ltd. ("Plaintiff" or "Lovense" or "Company") on or about July 1, 2014 in the position of Marketing Director.

3

12.    Defendant entered into an employment agreement with Lovense at or around the same time. Lovense also applied for and sponsored the Defendant's work visa annually throughout the period of his employment with the company.

13.    At or around the time of commencing employment, Defendant acknowledged and accepted Plaintiff's Employee Handbook, which stated it was to be incorporated into all employees' employment agreements.

14.    The employee handbook (English translation) contains provisions related to the confidentiality of Lovense information:

### Corporate Information and Trade Secrets

(1) All business information and trade secrets of the Company that have not been publicly disclosed, including, but not limited to, business content, business information, financial information, business communications, personnel information, contract documents, user data and information, research and statistical information, technical documents (including design programs, etc.), management communications, planning and marketing programs, systems and management documents, meeting information and records, etc., are considered to be confidential information or trade secrets of the Company. Trade secrets. Employees shall bear the obligation of confidentiality, without the written consent of the company, shall not disclose the company's information and commercial secrets to any third party (including other employees of the company who are not allowed to know the secret);

(2) In the performance of their duties for the Company, employees shall not make unauthorized use of any trade or technical secrets belonging to others, nor shall they engage in unauthorized acts that may infringe upon the intellectual property rights of others;

(3) Employees shall not violate the Company's confidentiality provisions and other related documents even after leaving the Company.

15.    The employee handbook states "This Employee Handbook…becomes an integral part of the employment contract."

16.     Defendant was not a founder or co-founder of Lovense. At the time Defendant was hired by Lovense, Lovense had already been in existence for 3 years.

17.     In or around July of 2016, Defendant entered into an Equity Incentive Plan ("Equity Agreement") with Lovense.

18.     The Equity Agreement stated that Defendant would be permitted to purchase certain equity in Lovense starting in January 2019 only if he remained employed with Lovense through December 31, 2018.

19.     On August 23, 2017, Defendant posted a public message in a company group chat informing the Company and its employees that he was terminating his employment with the Company. Defendant then immediately ceased his employment without following the resignation procedures in his employment agreement.

20.     On September 7, 2017, Defendant confirmed his resignation when he sent an email to Huiyun Su ("H. Su") stating, in part, "I apologize for leaving in an irresponsible way…but things have been building up for quite some time." *See* Exhibit A, Email from E. Olivares to H. Su dated September 7, 2017.

21.     In October of 2017, Defendant attempted to block the company's access to its own bank accounts with the apparent intention of threatening the company and sent aggressive emails to Mr. Liu, the company's Chief Executive Officer and owner, related to same.

22.     On November 14, 2017, Lovense, via counsel, sent a letter to Defendant acknowledging and confirming his resignation from employment on August 23, 2017 and

the end of Defendant's relationship with Lovense. *See* Exhibit B, Letter from P. Jones to E. Olivares dated November 14, 2017.

23.     In November of 2024, seven (7) years after the relationship between Lovense and Defendant ended, Defendant sent correspondence to Lovense which included allegations related to the Equity Agreement and other purported unlawful actions of Lovense in an attempt to coerce Lovense into providing him with compensation that was not owed to him to resolve the purported disputes ("November 2024 letter").

24.     In that correspondence, Defendant stated "The actions described above, including the unilateral termination and failure to honor the shareholder agreement, constitute clear violations of the fiduciary duty owed to me as a co-inventor and future shareholder. These breaches not only harmed my financial interests but also disregarded the protections meant to ensure my long-term success within the company."

25.     However, Defendant failed to address the fact that he is the one who ended the employment relationship and that he did so by way of a message to many people within the company on August 23, 2017.

26.     While Defendant may regret his decision to resign his employment prior to the date he was able to purchase equity in the company under the Equity Agreement, there is no evidence that Plaintiffs acted in bad faith nor that they engaged in any violation of the Equity Agreement.

27.     In addition to the above, Defendant's November 2024 letter and attachments indicate that Defendant remains in possession of over 9,000 company files which, upon information and belief, include technical product design information, research and

development information, as well as sales and marketing information of Lovense.

**B.    Defendant's Unlawful Conduct**

28.    Beginning in January 2025, after not receiving a response from Lovense satisfactory to Defendant's demands, Defendant began a campaign of defamation and business disparagement against Lovense on multiple social media platforms. *See* generally, Exhibits C-RR.

29.    In addition to the unlawful defamation and business disparagement, Defendant also disclosed company trade secrets related to product development, marketing and sales strategy, research and development, as well as financial information to the public via those social media posts and comments. *Id.*

30.    Below is a list of many of the unlawful posts and comments Defendant made between January 2025 to present related to Lovense.

**I.    Reddit**

31.    Defendant's Reddit handle/username is/was "Lovense_Co-Founder."

32.    On January 24, 2025, Defendant posted on Reddit "I am Co-Founder of LOVENSE, AMA." *See* Exhibit C.

33.    Defendant made a detailed post on Reddit related to his alleged history with Lovense:

> In mid-2014, I joined a small, fledgling Chinese startup consisting of 4 software developers and led them to become LOVENSE, the global powerhouse you all know and love (or hate).
>
> Before me, my co-founder Dan Liu had a couple of failed projects – all under LOVENSE's parent company, Guangzhou Danxiao Information Technology. He pivoted to sex tech (w/Max and Nora) shortly before I arrived and he didn't even

trademark "LOVENSE" until after my interview and he heard my vision for the brand lol.

The real story of LOVENSE is much different then [sic] the public version they spew (started in 2010, based in Singapore, etc.), so that is one reason I'd like to do this AMA.

Would you believe I had to fight to create Lush and have it come out under the LOVENSE brand? Before I was forced out, I led product development and successfully launched Lush, Hush, Ambi, Domi, Edge and Osci…so I can provide insight into all those designs and some of their new designs as I started development on a couple. Despite me successfully launching 4 innovative designs in my final year, it took LOVENSE about 3 years to launch their next product after I left- a testament to my role in product development.

Besides leading countless other areas of the company, most importantly, I am responsible for the company's first 6 patents, one of which enables them to dominate the cam industry. (and created their insane growth trajectory without spending anything on marketing).

Needless to say, LOVENSE, which is now valued at roughly a billion dollars, wouldn't be the same without me. There is a 95%+ chance the company would have quickly failed, like LovePalz- the product which my co-founder Dan Liu copied (when he launched Max and Nora).

Unfortunately, instead of celebrating my accomplishments, the company is now trying to erase my significant role from their history. It was bad enough and depressing that I was forced out and given $0 but altering 7 year old articles crosses a line. This is another reason I would like to do this AMA.

I would love nothing more than to tell my truth and answer any questions about the early days of LOVENSE, sex toy development, the adult industry, general business questions, startups, working in China, etc…so AMA =)
…
*See* Exhibit D.

34.    Defendant posted, in part, on Reddit "I am first named inventor for their first 6 patents, led product development of first 6 of 8 products- all still sold today, responsible for the ICONIC product they still sell today, had a shareholder agreement, etc…" *See* Exhibit E.

35.     Defendant also posted on Reddit "…Since the company started, they have spent very little on actual marketing campaigns – both me and COO after me had no proper budgets allocated lol. I literally spent close to $0 to get the company from 150K in revenue to over $25 million+ in sales…and after that, it just kept snowballing higher, without any marketing focus, cause it's on all those camsites. Very different than most sex toy companies…." *See* Exhibit F.

36.     In response to a question "What's been the toughest moment for you while building your startup?", Defendant responded "Getting unilaterally terminated, which was against my shareholder agreement". *See* Exhibit G.

37.     In response to a question from a Reddit user, "How do you feel about lovesenses [sic] numerous data privacy issues?" Defendant responded:

> I don't recall any major privacy issues in my time there besides the Forbes mess I had to deal with (first major lawsuit was just after me).
> I trusted my co-founder to have great, stable and secure tech as he was CTO and it was his main responsibility. And his software team grew to about 10 or so before I ever hired one worker to help me, so I knew he had the resources…
>
> Given the above and the fact that the software team is even larger now, the only way I can describe Lovense having numerous data privacy issues is "very disappointing". I would hope Lovense also feels disappointed in the privacy issues- no one should be proud of that."
>
> *See* Exhibit H.

38.     In response to a question about customer service, Defendant responded:

> Sad to hear this. I was personally answering most customer emails for the first 2 years- literally every single day. I couldn't trust anyone else to do it well. It was the first department I formed to help me ease my workload and they are probably still using the reply templates I wrote lol…
>
> Being based in China, it is hard to even hire employees willing and capable to help and I imagine their workload is very high these days- that

may be causing some of the issue/strain on CS side. Not sure who head of customer service is now, but when I left, we had a good and capable team.

*See* Exhibit I.

39.    Defendant also disclosed confidential information related to product design, research and development, and marketing plans/strategy/research as well as confidential financial information when he posted:

a) "The blended profit margins for Lovense are about 60%. I don't think R&D is really that big of a cost- for example, my co-founder pretty much outsourced everything but the code for his first two products…." *See* Exhibit J.

b) "To give some insight on how I chose and design products, I mainly focused on categories which were existing and stable, but had a gap or opportunity in it.
Lush – there was a gap in the market for a good "remote control vibrator"
Hush – there was a gap in the market, as no plug even had Bluetooth
Ambi – is my spin on the iconic We Vibe Tango "bullet vibrator"
Edge – the goal was to fit multiple body types as well, within the existing "prostate massager" category, so we make it adjustable and patented that feature.
Domi – tried to make a "magic wand" comparable in strength to the Hitachi Wand, but smaller and wireless
Osci – the only toy concept presented to me by my co-founder Dan Liu – I thought it was a novel mechanism and decided to and market it out as a "g-spot toy" – this was the only product that I launched in an unstable/new category.

Part of my vision for Lovense was to never copy an existing design and just put bluetooth in it and also to not try to go too crazy with concepts that needed us to educate the market. I literally used Google Adwords data to figure out how many searches per month each keyword had, then researched every existing product related to that keyword to find gaps or get ideas on how to be innovative.

Long answer short, untested ideas like yours, while interesting, were not good for me to pursue because we needed sales…and I couldn't guarantee that with new ideas."

*See* Exhibit K.

c) "Way back in 2015, VirtualRealPorn approached us and I had to convince my co-founder to work with them. I definitely saw potential and wanted to dip our toes into it, but didn't want to put resources behind it, so this partnership seemed like the perfect opportunity. They did all the development and I was able to get some press. This got our brand connected to the VR space…" *See* Exhibit L.

d) "We/They were adapting Max, an existing toy and it just didn't function well for the purpose of VR, imo. You can see my open letter to VR users. I was able to use the partnership to get great press, resulting in great sales, but not all sales are good- there were plenty of disappointed people and I personally felt very bad about that.

In the final year, I was overseeing development of a thrusting toy, which would be better suited for VR Porn, but the hardware team just didn't hit the marks I needed to push it out. Given that, I never really worked on it enough consider the needs for VR users deeply."
*See* Exhibit M.

e) "…When I was developing products, I was building a (mostly local) community to test. I wanted as many testers as possible, because I am just one man and just couldn't keep testing as my responsibilities grew. Lush for example, went through countless bluetooth antennas and they all had to be tested by me because no one in the office wanted to try with their partner and ensure it worked well lol." *See* Exhibit N.

f) In response to a question about the type and quality of the silicone being used for Lovense products, Defendant responded: "I can only speak to the products during my time, but when i arrived, quality or quality control wasn't a priority. They were software developers- and that's all they really thought deeply about. I was the one who pushed for using high quality silicone and (thankfully) that became a pillar of our products…I'm sorry I can't speak in detail about the type being used." *See* Exhibit O.

g) In response to a question "Do you know anything about corners getting cut, quality being sacrificed to save money or anything?", Defendant responded:
> "I personally did my best to keep quality up and never cut corners. There is a challenge with manufacturing in China, because you can only trust our manufacturing partner so much (this is for all industries)…THEY USUALLY try to cut corners, to make more money without you knowing the quality decreased.
> I was denied the ability to build a relationship with the factory and that became a big issue for me over the years. My co-founder was solely responsible for this relationship during my time there. I found out about any quality issues by personally checking batches AFTER

the products left the factory, instead of before…and then pushed for improvements if needed. Whether they still care as much or have a much better process today is beyond my knowledge." *See* Exhibit P.

In response, Reddit user K_ir_A wrote:

"…It's very disappointing to hear how little the others you have worked with care about the quality of the products, I was mostly looking at Lovense because I wanted to try linking the toys with games like the sims which other brands don't really have the ability to. Thank you for at least trying to push for better quality but based on their care and ethics Lovense probably isn't gonna be the brand I'll be going for although probably most (big) brands are similar unfortunately." *Id.*

h) "In China, sex related stuff is very taboo, but selling sex toys isn't really 'bad'. We had an angel investor which I never even properly met, as he funded operations before I arrived. After I arrived, I always pre-sold toys ($700k+ in total indiegogo pre-sales) and I had done some other stuff to increase sales (SEO, re-did website, very successful google ads, etc), so we never needed to get funding." "The blended profit margins for Lovense are about 60%. I don't think R&D is really that big of a cost- for example, my co-founder pretty much outsourced everything but the code for his first two products…." *See* Exhibit Q.

i) "…In my co-founder's defense he thought he was hiring me to market all is [sic] project ideas. His developers were focusing on developing a camsite (was very strange to me, because that is highly illegal in China) and he also was prepping to launch a "smart" cock ring that recorded your sex data and put it on FB.
Needless to say, those 2 projects never came out, but I had to fight to not launch them. The road to success was not easy for me and I think some of those early fights created some tension/issues that persisted until I was forced out." *See* Exhibit R.

j) "Everyone else was a traditional employee and took orders. Having said that, I am not downplaying any of my co-workers efforts- everyone in that office worked EXTREMELY HARD and deserves more than they received (at least when I was there, hope everyone is making big bucks now). I did what I did because I was willing, capable, the company had the need and I had promises of equity from my first interview (and then ultimately a shareholder agreement which I thought would be fulfilled). *See* Exhibit S.

k) In response to a question about how Lovense has made rapid progress in the industry, Defendant responded: "It's the patent. Chaturbate alone gets about 500m views a month and we are all over it because of the patent,

without any competition. Given this, the 'organic' growth has been absolutely insane. Both me and the COO after me were never even given any marketing budget. I really bootstrapped this to 25 million+ alone and then it kept snowballing from there.

I would be absolutely shocked it [sic] they spend even $250k on marketing per year.

And, for history's sake, I came up with the idea of the patent by watching camsites, scouring model for a like AmberCutie and Milovana and trying to understand painpoints of the industry…there was a super popular product called OhMiBod and it was essentially scamming customers because the tip sounds didn't correlate with the toy reaction properly (models were straight up faking).

I thought if we could connect tip amount to vibration level, we could help the models make more money and the customers would have a better experience. Even if all the models could do was make the minimum 'tip to vibrate' 2 tokens instead of 1, they could instantly double their earnings (at least that was my thinking).

And when the tech team figured out how to do it, the first thing I did was determine patentability and we filed the application…"

*See* Exhibit T.

## II.    **AmberCutie's Forum**

40.    Defendant posted numerous unlawful posts on AmberCutie's Forum engaging in defamation and business disparagement as well disclosing Lovense's trade secrets.

41.    The following are a number of Defendant's unlawful posts:

a.    "…Current CEO and other co-founder was/is the tech lead. I really wonder how hard is he working on his apps. I won't comment any further since this is an ongoing legal dispute =) Actually, I've already probably said way too much…may have to stop commenting. I need a lawyer to tell me what to do lol. For sure, I will always update as I can." *See* Exhibit U, dated January 14, 2025.

b.    "…I will definitely do some interesting things if/when I get my patent rights back. When creating the brand vision I vowed to never to [sic] just copy other company's designs and "add bluetooth"…and let's just say, I really don't like what I see has happened to the brand. FYI, the patent you attached is for the Lush design (I have 6 US patents and 1 EU patent)…this is the key patent, for anyone interested…" *See* Exhibit V dated January 14, 2025.

c. "Hello all! I am the inventor of the infamous "tip-based vibrations" patent…This is an ongoing legal issue, so I really can't say everything I want. I can answer select questions and will update regarding this dispute when possible…" *See* Exhibit W dated January 14, 2025.

d. "Unfortunately, there are so many attached pieces of evidence it's hard to put it here or somewhere else. But basically I claim I was wronged – never properly compensated for any of my inventions or contributions. I recently realized my patent rights (among other rights) and raised this dispute with Lovense and my co-founder. They responded by denying all claims and contacting 2 websites to remove 'co-founder' attributions to my name…" *See* Exhibit X dated January 14, 2025.

e. "I joined before they even hit $150k in sales and had two crappy products (original max and nora). I designed and launched Lush, Hush, Edge, Ambi, Osci and Domi. They've made about $800,000,000 in sales, mainly due to my contributions and how my patent protects the company from competitors (while also giving free marketing for the company on campsites)…I am hoping my legal battle provides me justice and I can fully tell my story. It's been a long, depressing 7 years of not knowing how to deal with this." *Id.*

f. "Regarding light up toys – To be fair, my co-founder Dan suggested we put a light on Domi. I personally hated (and still hate) the idea of light up toys, but it made sense functionally (to confirm the tip made the toy function) so I threw him a bone and agreed to include it in the product. That was years ago, so I'm not sure how Kiiroo could protect that idea." *See* Exhibit Y dated February 17, 2025.

### III. <u>Twitter</u>

42.    Defendant posted numerous unlawful posts on Twitter engaging in defamation and business disparagement as well as disclosing Lovense's trade secrets.

43.    On January 14, 2025, Defendant posted, among other posts:

a. "Fact #1 – I co-founded @Lovense with Dan Liu and was responsible for the foundational patents, among countless other things."

b. "Fact #2 – The truth about the company's foundation is largely unknown. My significant contributions have been unrecognized and remain uncompensated."

c. "This thread is complete. It was posted due to the ongoing spoliation of evidence by @Lovense and their lack of confirmation that they will abide by pre-arbitration/trial good faith expectations. Due to media outreach and alterations by @Lovense, I feel that I have no choice but

14

to publicize these specific aspects of my case. @Lovense, please stop focusing on attempting to re-write 7 year old history and engage with me in good faith."

*See* Exhibit Z.

44.     In response to Defendant's comments related to the quality and quality control of Lovense products which were untrue, a third-party and potential Lovense consumer responded: "...It's very depressing to hear how little the others you have worked with care about the quality of the products, I was mostly looking at Lovense because I wanted to try linking the toys with games...Thank you for at least trying to push for better quality but based on their care and ethics Lovense probably isn't gonna be the brand I'll be going for..." *See* Exhibit AA.

45.     Defendant posted the following on February 25, 2025:

"I just found out that @Lovense dissolved Hytto Inc on November 28, 2024.
Yes, the same US entity that nearly $1,000,000,000 has flowed through from 2014 through 2024.
Yes, the same US entity that I set up weeks after joining the company and was Treasurer of from inception until my unilateral termination in 2017.
Yes, the same US entity that is in my (breached) shareholder agreement.
Yes, the same US entity that my dispute is mainly about...someone refused to show the Treasurer the US tax returns, right? ...."
*See* Exhibit BB dated February 25, 2025.

46.     Defendant posted the following on February 27, 2025:

a)  "Another retaliatory action today.
Got me silenced on yet another public forum.
Why would @Lovense threaten @ambercutieforum with a lawsuit? Why not threaten me with legal action?
Can any legal professionals tell me if this is hurting or helping my case?"
        *See* Exhibit CC dated February 27, 2025.

b)  "What does @Lovense staff think of its CEO, Dan Liu?
Luck doesn't build companies. Luck runs out. I bet Dan Liu's legacy will not be 'the luckiest man in the world' …

When will his public image change? Will he become more known, worldwide? For what?..."
> *See* Exhibit DD dated February 27, 2025.

c) "Marketing @Lovense after I left…Now it makes total sense how they grew super fast without me- they took pictures with fruit in hotel rooms!!...If you didn't know, Lovense has nearly $200 million in annual sales…"
> *See* Exhibit EE dated February 27, 2025.

47.    Defendant also posted the following:

"Who said things are cheap in China?

I wonder how much @Lovense is paying for their legal counsel. Their genius retaliatory actions so far:

> 1. Dissolved the US company involved in my disputes (nearly 1 billion flowed through it)

> 2. Changed my old @LovenseSales twitter profile to remove 'co-founder' from the bio
> …

> 6. Transferred my EU patent rights (using the 7 year old assignment I'm disputing)

> 7. Threatened @ambercutieforum with a lawsuit due to me posting about Lovense there.

> Meanwhile, what has Dan Liu publicly said about patent and other disputes?"

> *See* Exhibit FF.

48.    On April 30, 2025, Defendant appeared to make threats to Plaintiffs: "…@Lovense, Dan Liu and Huiyun Su are definitely not ready…" *See* Exhibit GG.

49.    In addition, on May 10, 2025, Defendant posted additional threats:

"…@Lovense and the camming industry will never be the same after I'm done…" *See* Exhibit HH.

50.    On May 12, 2025, Defendant again continued to post defamatory statements

about Mr. Liu:

> "…Why would this lawyer take my case? Someone go ask CEO, Dan Liu,
> because I bet he told employees that my case is frivolous…He's really gotta
> stop lying. That is what got him in this position!..." *See* Exhibit II.

51.    Defendant continued to post defamatory and disparaging content about

Plaintiffs, including the following:

> "Memorial Day Weekend…a time when @Lovense can honor soldiers- a
> group of people that the brand and products can actually help. I remember
> getting customer emails from service men and woman saying our products
> helped. It was a key demographic I wanted to help.
> And what does @Lovense do for this holiday? Organize and heavily
> promote a digital orgy using furry porn artists lol
> Even more funny that it is a Chinese company running this behind the
> scenes. Back in 2019 they couldn't even get Chinese patents approved
> because the underlying tech was considered to be 'violating public order
> and morality…
> Imagine what government agencies will do/think when they realize most of
> this digital orgy is being orchestrated from Guangzhou, China…"

> *See* Exhibit JJ.

## IV.    **LinkedIn**

52.    Defendant posted numerous unlawful posts on LinkedIn engaging in

defamation and business disparagement as well as disclosing Lovense's trade secrets.

53.    Defendant's LinkedIn "Experience" section states the following:

> Dan Liu claims to be a solo founder of Lovense. When I joined his
> fledgling start up, he had a poorly outsourced design of Max and Nora
> with a bad app and user experience. There were 2 software developers, 1
> graphic designer and Dan's role was mainly "being the boss".

> For years they tried launching non-sex toy projects but failed. Max and
> Nora was a copycat of a startup called LovePalz. The company saw some
> initial success, but no one was even interested in sex toys. FOR YEARS,
> no one in the company besides me was even willing to try or discuss the

products 😂

Our main competitor had plenty of money, market influence and widespread distribution due to Fleshlight being their partner. Meanwhile I had no resources and no guidance/support. When I joined, Dan Liu's genius next moves included:

1. Hi Pleasure - An adult camsite, which is illegal in China
2. Bandnana - A cock ring that recorded your sex data and posted it to FB (you compete against everyone in the world)

He had all employees work on his illegal Chinese cam site for over a year. I had to fight him for months before he gave up on these ideas.

I did everything and anything I could to make Lovense a success, and I earned the co-founder title (a title recognized internally and externally). No other early employees took on additional roles.

I am the one who figured out the appropriate next product- Lush. The Camsite Tipping Feature (US Patent #9762515) was my idea and I pursued the patent application to protect it. I designed and successfully launched Lush, Hush, Osci, Domi, Edge and Ambi.... all while doing COUNTLESS other things.

How much help did I have? What specific tasks did Dan Liu do to build and grow Lovense? How many early employees were promised good pay and equity, but never got it?

Does US Patent law or written agreements mean anything to Dan Liu?

How long until I get what I deserve? How many lawyers will I need?

*See* Exhibit KK.

54.     On May 13, 2025, Defendant posted the following, in part, on LinkedIn:

"…Imagine being largely responsible for a company making half a billion in profits and then its employees help retroactively remove your role from public company history. In my experience working with him, Dan L. was always bad at acknowledging and compensating employees, but this crosses the line of what is acceptable. He allowed this? Or worse- he personally requested it try to be changed? I hope he is treating current employees better. They deserve a good leader."
*See* Exhibit LL.

55.     In response to another user's comment, Defendant stated the following, in

part:

> "Honestly kinda surprising they would treat you poorly, as India is a very challenging market and I see you've been a fantastic partner. My experience with adult biz news, is that they do not care about issues like ours, as they don't want to ruin the relationship with Lovense…I sincerely hope this changes and they help you expose whatever is going on." *See* Exhibit MM.

56.     One business partner/distributor of Lovense posted the following on one of

Defendant's LinkedIn posts:

> "Eddy - You do NEED to speak up, to XBIZ, EAN as well as StoreErotica. Lovense will be representing at EroSpain, I plan to speak up about our experience with Lovense. You may consider that."

> In response, Defendant commented:

> "Raj Armani I did reach out to XBIZ, EAN and some mainstream news. No one cares... so far. I am just getting started. I am selling every asset I own to fight Lovense in multiple jurisdictions. I will happily spend every last dollar pursuing my rights, for years if I have to. Good luck getting coverage! I admire your willingness to expose what they're doing to you...and not just bow down. You will be helping a lot of other distributors and retailers by sharing your experience." *See* Exhibit NN.

57.     Defendant also posted the following on LinkedIn:

> "…I signed no NDAs, no confidentiality agreements, exposed no trade secrets and am speaking on my personal work from 10 years ago! Anyone know which law supports Lovense's actions? Patrick Jones/Alan Li if you believe I've done something wrong, why not address me directly instead of threatening unrelated third parties? She is just a poor cam model with a message board. Are the intimidation tactics going to escalate if I choose to discuss my prior work experience in public? Are all Lovense employees silenced like this after they part from the company?..." *See* Exhibit OO.

58.     On May 19, 2025, Defendant posted the following on LinkedIn:

> "…How did Lovense conquer the adult toy industry while spending almost nothing on marketing/advertising AND treating partners/employees poorly? According to public data, sales are now roughly $200,000,000 annually…The rapid and ongoing growth is clearly due to tip-based

vibrations, protected by US Patent #9762515. Each model's stream is like a long, extremely engaging advertisement for Lovense products…Under what conditions did Lovense obtain all my patent rights? Were any conditions honored? Did I receive even $1.00? What will 12 American jurors think about all of Lovense's recent retaliatory actions against me? How much would Lovense's $200 million in annual sales drop if those camsite tipping patent rights are lost? If Lovense lost their patent rights, who would retain ALL patent rights for tip based vibrations? Me….The most important question is…When I reclaim full patent rights, should I license to Lovense's competitors or start a new company?..."

See Exhibit PP.

59.    As recently as a few weeks ago, Defendant posted the following defamatory

and disparaging post about Lovense and Mr. Liu:

"Screenshot below details how Dan Liu, the CEO of Lovense, directed an employee to impersonate me and attempt bank fraud on Lovense's US bank account. I only found out about this recently.

I always acted in good faith and I assumed my co-founder/co-inventor did as well. I was too busy building the company and didn't realize the level of betrayal I was dealing with. I partially blamed myself for the unreconcilable fallout between us and fell into a deep depression for many years.

Co-founder disputes are a normal part of #startups- especially high growth ones. What's not normal is breach of fiduciary trust, breach of fiduciary duty, breach of contracts, willingness to break serious laws and countless retaliatory actions 7 years after the initial dispute.

Since my recent notice of dispute in November 2024, I have connected with current and past Lovense employees and heard their stories. There is a clear and ongoing pattern of behavior by the CEO. I am actually extremely lucky that I still have legal recourse and have plenty of funds to pursue all claims.

I could stay quiet as my lawyers prep, but I refuse to be intimidated by Lovense's retaliatory actions and attempts to silence me. I will continue to speak out as much as possible before, during and after my lawsuits.

I share details with the hope that everyone in the industry uses caution when working with Lovense. If the CEO is treating employees so poorly, we can only imagine what he is willing to do to everyone else.

And unfortunately, many current Lovense employees seem to follow his questionable orders without any independent thought (like contacting Reddit to ban my account, asking multiple media outlets to change 7 year old articles about me, threatening lawsuits against forum owners who allow my posts, etc.).

Is the designer and marketer of many of the best-selling sex toys in the last decade not allowed in this industry anymore? No one cares this is happening? I wonder if XBIZ, ETO Magazine, YNOT, AVN, StorErotica and others have been asked by Lovense not to speak on/to me?

It's very sad and frustrating that new Lovense employees are benefitting from my patents and foundational contributions, while at the same time actively hurting my professional image and opportunities. When will it end?"

*See* Exhibit QQ

60.    As recently as a few days ago, Defendant posted the following on LinkedIn

tagging both Lovense and Mr. Liu in his post:

I cannot control other people's opinions, based on their own experience working alongside Dan L. at Lovense.

To be clear, this opinion is from an employee I never even met. I shared this on X because I thought it was funny and it loosely supported my claims, but I should clear Dan's name!

For the record, let me defend my co-founder, Dan Liu...I admit I did not do EVERYTHING.

But what did I do? And what did Dan do? Why is Dan Liu trying to retroactively steal credit for my work?

Lucky for me, Dan outlined his responsibilities during our final dispute. I will clear his name and explain exactly what he is responsible for in upcoming posts.

*See* Exhibit RR.

61.    Defendant   tagged   or   included   both   Lovense's   and/or   Mr.   Liu's

usernames/social media handles in many of the above referenced posts, thereby ensuring

that Lovense's customers, business contacts and the public in general would see the defamatory and disparaging posts and comments.

62.    Defendant also tagged or included various media outlets in some of his defamatory and disparaging posts.

63.    Finally, by tagging or including Lovense's and/or Mr. Liu's usernames/social media handles in many of his posts disclosing confidential information and trade secrets, Defendant has ensured that the confidential information and trade secrets have been disclosed to the public and ensured that the public knows the information relates to Lovense.

64.    Lovense takes the confidentiality of its confidential information and trade secrets seriously. In order to protect the confidential nature of same, Lovense enters into employment agreements which incorporate confidentiality protections, includes confidentiality requirements in its employee handbook which all employees are required to acknowledge and agree to upon hiring, provides confidential information and trade secrets to employees on a need-to-know basis so individuals without a need-to-know do not have access to such information and uses password protections, where appropriate, to protect such information.

C.    **The Truth About Defendant's Relationship with Lovense**

65.    Defendant is not and was not a co-founder of Lovense. Prior to joining the Company, Defendant had worked continuously for many years as an English teacher.

66.    Lovense was formed on June 2, 2011, by Dan Liu and Huiyun Su prior to Defendant becoming an employee of the company.

67.    Defendant did not lead product development for Lovense. Defendant did not lead product development on Lovense's "first 6 of 8 products," and was not "responsible for the ICONIC product they still sell today."

68.    Defendant was not solely responsible for any of Lovense's patents. Lovense is the applicant and the duly granted lawful owner of all patents, trademarks, and other intellectual property rights, all of which are legally owned by the company.

69.    There is not and was not a "95%+ chance the company would have quickly failed..." without Defendant. Defendant was with the Company for only three years, and the Company has continued to grow significantly after his departure reaching approximately $100 million dollars in revenue in 2024.

70.    It is untrue that since Lovense started, Lovense has spent very little on marketing. Lovense spends a substantial amount on marketing each month solely through Google advertising.

71.    Defendant did not get Lovense to over $25 million in sales.

72.    Defendant was not "unilaterally terminated."

73.    Defendant was not "forced out and given $0."

74.    Lovense did not terminate Defendant in violation of his Equity Agreement.

75.    Defendant resigned voluntarily from Lovense on or about August 23, 2017.

76.    It is untrue that no one at Lovense could be trusted to respond to consumer emails.

77.    It is also untrue that Lovense struggles with hiring employees willing and capable because they are based in China.

78.    It is untrue that Lovense was not concerned with quality or quality control of its products at any time.

79.    Defendant's comments about quality control and quality control processes are untrue.

80.    Defendant was not promised equity in his first interview with Lovense.

81.    Defendant's comments about Lovense's development of an illegal website or engaging in other illegal conduct are untrue.

82.    Defendant's comments about Mr. Liu's conduct related to various topics are untrue.

83.    Defendant was aware or should have been aware that he was engaging in unlawful behavior as indicated by his statement "Actually, I've already probably said way too much…may have to stop commenting. I need a lawyer to tell me what to do lol." *See* Exhibit SS.

**B.    Lovense Takes Action**

84.    On May 28, 2025, Lovense, via counsel, sent a cease and desist letter to Defendant related to the above referenced conduct. *See* Exhibit TT, Letter from R. Ampudia and C. Kelly to E. Olivares dated May 28, 2025.

85.    The letter required that Defendant respond and indicate he would cease and desist from engaging in unlawful conduct by June 11, 2025. *Id*.

86.    To date, Defendant has failed to indicate that he would cease and desist from engaging in unlawful activity.

87.     Despite correspondence from Plaintiffs' counsel, Defendant has continued to engage in his smear campaign of Lovense and its executives on social media.

## COUNT I – DEFAMATION
### (Against Defendant Mr. Olivares)

88.     Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

89.     Defendant published numerous false statements of fact about Plaintiffs and their executives as set forth more fully above, including but not limited to:

    a.  Falsely claiming to be a co-founder of Lovense;

    b.  Falsely claiming to have been solely responsible for Lovense's product development and patents;

    c.  Falsely accusing Plaintiffs and their executives of fraud, unethical conduct, and illegal activity;

    d.  Falsely asserting that Lovense's products were of poor quality and lacked proper quality control.

90.     These statements were published on public platforms including Reddit, Twitter, LinkedIn, and AmberCutie's Forum, and were directed at Plaintiffs' customers, business partners, and the general public.

91.     The statements were false, defamatory, and made with actual malice or, at a minimum, with reckless disregard for the truth.

92.     As a direct and proximate result of Defendant's defamatory statements, Plaintiffs have suffered reputational harm, loss of business opportunities, and other damages in an amount to be proven at trial.

## COUNT II – BUSINESS DISPARAGEMENT
### (Against Defendant Mr. Olivares)

93.     Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

94.     Defendant made false and disparaging statements, as set forth more fully above, about Plaintiffs' business operations, product quality, financial practices, and leadership, including but not limited to:

     a.  Alleging that Lovense engaged in illegal conduct;

     b.  Claiming and/or inferring Lovense's products were defective or poorly manufactured;

     c.  Claiming and/or inferring that Lovense's employees and business practices were subpar;

     d.  Suggesting Lovense's executives acted unethically or fraudulently.

95.     Defendant made these statements with the intent to harm Plaintiffs' business reputation or with reckless disregard for the consequences.

96.     Defendant's conduct has caused concrete and measurable harm to Plaintiffs' business relationships and reputation. He has stated that he shared Plaintiffs' confidential information with industry peers and media outlets, seriously damaging Plaintiffs' brand reputation. Defendant's public statements have been viewed and engaged with by

individuals in the industry, including at least one distributor who expressed dissatisfaction with Plaintiffs and indicated an intent to speak publicly about their experience. These statements have caused reputational harm and risked disruption to Plaintiffs' business relationships. Defendant has also approached current employees in an effort to expose and undermine Plaintiffs' ongoing marketing strategies, posing a continuing threat of competitive harm.

97.    As a direct and proximate result, Plaintiffs have suffered special damages, including lost business, reputational injury, and diminished goodwill.

## COUNT III – BREACH OF CONFIDENCE
### (Against Defendant Mr. Olivares)

98.    Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

99.    During his employment with Plaintiff Danxiao, Defendant was entrusted with confidential and proprietary information, including trade secrets, product development strategies, sales strategies, marketing plans, and financial data.

100.    Defendant owed a duty of confidence to Plaintiffs, arising from his employment agreement, the employee handbook, and the nature of his position.

101.    Defendant breached that duty by disclosing confidential information to the public via social media and online forums, including Reddit, Twitter, and LinkedIn.

102.    As a direct and proximate result of Defendant's breach of confidence, Plaintiffs have suffered and will continue to suffer irreparable harm, including loss of competitive advantage, reputational damage, and economic loss.

## COUNT IV – LIBEL PER SE
**(Against Defendant Mr. Olivares)**

103.   Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

104.   Defendant published written statements that falsely accused Plaintiffs and their executives of criminal, unethical, and incompetent conduct, including fraud, misappropriation, and poor product quality.

105.   These statements were defamatory on their face and harmed the reputation of Plaintiffs.

106.   The statements were published to third parties and were not privileged.

107.   As a direct and proximate result of Defendant's libel per se, Plaintiffs are entitled to presumed damages, as well as actual and punitive damages.

## COUNT V – TORTIOUS INTERFERENCE WITH CONTRACT
**(Against Defendant Mr. Olivares)**

108.   Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

109.   Plaintiffs had valid and enforceable contracts with employees, distributors, and business partners.

110.   Defendant knew of the existence of these contractual relationships.

111.   Defendant intentionally and unjustifiably interfered with these contracts by:

   a.   Making false and disparaging statements about Plaintiffs and their leadership;

      b.  Contacting third parties to dissuade them from continuing their relationships with Plaintiffs;

      c.  Encouraging others to sever or alter their contractual obligations with Plaintiffs.

112.  Defendant's public statements have contributed to reputational harm and have strained Plaintiffs' relationships with at least one distributor, creating a risk of business disruption.

113.  As a direct and proximate result of Defendant's interference, Plaintiffs have suffered damages, including lost business, reputational harm, and disruption of contractual relationships.

## <u>COUNT VI – TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIP</u>
### (Against Defendant Mr. Olivares)

114.  Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

115.  Plaintiffs had valid and identifiable business relationships with customers, distributors, vendors, and other third parties.

116.  Defendant had knowledge of these business relationships, including through his prior employment with Plaintiff Danxiao and his continued monitoring of Plaintiffs' operations.

117.  Defendant intentionally and unjustifiably interfered with these relationships by making false and disparaging statements about Plaintiffs and their executives, and by

contacting or attempting to contact third parties to dissuade them from continuing their relationships with Plaintiffs.

118.    Defendant's interference was not privileged or justified and was undertaken with the intent to harm Plaintiffs' business interests.

119.    As a direct and proximate result of Defendant's conduct, Plaintiffs have suffered damages, including lost business opportunities, reputational harm, and disruption of business relationships.

## COUNT VII – VIOLATIONS OF THE U.S. DEFEND TRADE SECRETS ACT, 18 U.S.C. §§ 1836, ET SEQ. AND FLORIDA UNIFORM TRADE SECRETS ACT
### (Against Defendant Mr. Olivares)

120.    Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

121.    Plaintiffs own and possess trade secrets as defined by 18 U.S.C. § 1839(3) and the Florida Uniform Trade Secrets Act, including but not limited to confidential information related to product development, marketing strategies, sales strategies, financial data, research and development, and customer and vendor relationships.

122.    These trade secrets are related to products and services used in interstate and foreign commerce.

123.    Defendant, without consent, misappropriated Plaintiffs' trade secrets by disclosing them publicly on social media and online forums-**, and by using them for his own benefit or to harm Plaintiffs.

124.    Defendant acquired and disclosed these trade secrets through improper means, including breach of a duty of confidentiality owed to Plaintiffs.

125.    As a direct and proximate result of Defendant's misappropriation, Plaintiffs have suffered and will continue to suffer irreparable harm, including loss of competitive advantage, reputational damage, and economic loss.

126.    Plaintiffs are entitled to injunctive relief, compensatory damages, exemplary damages for willful and malicious misappropriation, and attorneys' fees pursuant to 18 U.S.C. § 1836(b)(3) and the Florida Uniform Trade Secrets Act.

**COUNT VIII – BREACH OF CONTRACT**
**(Against Defendant Mr. Olivares)**

127.    Plaintiffs reallege and incorporate by reference all preceding paragraphs as if fully set forth herein.

128.    Defendant entered into a valid and enforceable employment agreement with Plaintiff Danxiao, which incorporated the terms of the company's Employee Handbook.

129.    The agreement and handbook imposed obligations on Defendant, including duties of confidentiality and non-disclosure of proprietary and trade secret information.

130.    Defendant materially breached the agreement by disclosing confidential information, disparaging Plaintiffs, and retaining company property after his resignation.

131.    Defendant is a Florida resident, and his breaches—including the public disclosure of confidential information—occurred in Florida.

132.    The breach of contract claim arises from the same nucleus of operative facts as Plaintiffs' other claims, including misappropriation of trade secrets and breach of confidence, and is inextricably intertwined with those claims.    This count is thus appropriate to be heard before this Court.

31

133.   As a direct and proximate result of Defendant's breach, Plaintiffs have suffered damages, including reputational harm, loss of business opportunities, and costs associated with mitigating the effects of Defendant's conduct.

## **PRAYER FOR RELIEF**

134.   WHEREFORE, Plaintiffs Hytto Pte. Ltd. and Danxiao Information Technology Ltd. respectfully request that this Court enter judgment in their favor and against Defendant Eddy JD Olivares II, and award the following relief:

    a.  Compensatory damages in an amount to be determined at trial;

    b.  Punitive and exemplary damages where permitted by law;

    c.  Injunctive relief enjoining Defendant from further dissemination of Plaintiffs' confidential information and trade secrets, and from making further defamatory or disparaging statements against Plaintiffs and their executives;

    d.  An order requiring Defendant to return all confidential and proprietary information belonging to Plaintiffs;

    e.  An order requiring Defendant to remove all defamatory or disparaging statements already published regarding Plaintiffs and their executives;

    f.  Attorneys' fees and costs pursuant to applicable law;

    g.  Pre- and post-judgment interest; and

    h.  Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 2, 2025                                    RIMÔN, P.C.


*/s/Ricardo A. Ampudia*
Ricardo A. Ampudia, Esq., B.C.S.
FL Bar No. 124293
**Rimon, P.C.**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Telephone: (202) 991-1516
ricardo.ampudia@rimonlaw.com
*Attorneys for Plaintiffs*

## DECLARATION
## Under 28 U.S.C. 1746

I, _Jinxin Pan , Vice President_ to hereby declare:

I declare under penalty of perjury under the laws of the United States of America that the foregoing Verified Complaint is true and correct.

Executed on July _1_ , 2025

_Jinxin Pan_
_____

[Signature]

[Name]

# EXHIBIT A

 Gmail

Eddy O <ejdolivares@gmail.com>

---

## 回国后安排

**Eddy O** <ejdolivares@gmail.com>
To: Andrew <1442585507@qq.com>
Cc: 3229916 <3229916@qq.com>

Thu, Sep 7, 2017 at 9:30 AM

苏总您好,

我想解释一下安排见面沟通的原因

首先我想说声对不起, 对于我的不负责任的行为我感到非常抱歉。但是冰冻三尺非一日之寒。

在我声明离职后, 我和丹进行了两次对话, 总共长达8小时。我们的对话是积极向上的, 非常正面的。我觉得丹是第一次对我如此坦诚。对话的沟通结果是: 我将担起更多的责任, 全面整改公司目前存在的问题, 丹则把重心放在他所擅长的事情上。对话结束后, 丹说他非常乐意让我负责更多的事情。我也准备好了更努力地为公司服务。突然之间, 丹告知我, 我们三人的见面取消了。他并没有提到是您取消了见面。

这样的做法是非常不负责任, 对于我来说也非常地不公平。对话中我们积极寻找解决方案并且期待和您的见面 (尤其是3年从来没有正式和您见面)。丹没有告诉我是您取消了见面, 这样无沟通的行为也是我们之间一直存在的沟通障碍。更不用说我们日常工作中的对话究竟是有多困难了。我并不想用这种方式违反合同条约的, 相反的, 我一直以来都是开放的, 尽全力地去尝试对话, 也想要去了解您, 以及公司目标。但是丹无数次告诉我, 您并不关心公司的运作。现在看来并非如此。这个公司并不是只由我和丹在掌控。在这一点上, 丹并没有对我坦诚。无论如何, 合同是我们三个人一起签的。那我们三个人都有责任一起见面商量出解决方法。

我不清楚丹跟您说了什么, 但是请您相信行动永远是大于语言的。我过去3年为公司所做的一切都已经将我的承诺和公司的目标一一实现。自从我来到这个公司, 我一直以来都是那个带着公司往正确方向行走的人。也正因为我的努力和推动, 才有了公司今天的成就。如果没有我的据理力争和力挽狂澜, 如果我们走的是丹的计划和方向, 公司也不会扩大到今天的规模。

实话说, 我已经完成了股权激励计划的目标要求, 这也就意味着接下来的一年半, 我只需要每天坐在公司, 甚至什么事都不用做, 我就可以得到我应得的股份。但是我不是那种想要安逸生活的人, 我每天都在想着如何变得比昨天更好, 做得比昨天更多。我也希望公司一天比一天强大。我不知道丹是否和您沟通过这3年以来公司出现的问题以及我和丹之间一直存在的问题。但请您想一想为什么? 为什么我会冒着失去公司5%的股份却想要离职?

最后请您确认一下我们的见面时间和地点, 我们可以共同商量出更好的解决方案。

(这份翻译可能不是很完美, 但是大体意思差不多。以下是英文原文。)

Dear Mr. Su,

I apologize for leaving in an irresponsible way... but things have been building up for quite some time.

Regardless of how I left, Dan invited me to talk. We did twice- for a total of 8 hours. For the first time I actually felt he was being honest. They were positive conversations. The main part of the conversation was that I would be taking more responsibilities to fix the company's problems and he would focus on the things he is good at. He literally ended the conversation by saying "he is so happy". Then, he suddenly says the meeting with you is cancelled. He did not say you cancelled the meeting or even mentioned you at all.

After coming together to find a solution, this type of ending is unfair to me and is also irresponsible. This shows the type communication I am dealing with on a daily basis. I do not agree to break the contract in this way. I have tried many times to understand the goals of both you and Dan. Many times, Dan told me that you do not care about the business operations. Now I understand that is not true and it is not only me and Dan controlling the company. This was a bit dishonest on his part. Actually, we signed an agreement between us three. I have responsibilities, but so do both of you. We need to come to a solution together.

I'm not sure what exactly Dan is telling you... but actions speak louder than words. My actions over the last 3 years prove my commitment to the agreement and idea behind this company. Since I started, I am the one who pushed the company in the right direction to get the

company  to where it is today.  If the company followed the path of where it was going when I first arrived it would never be hitting the sales figures we are today.


To be frank, I've already hit the sales goals to achieve my 5%.  I could literally just sit in the office and not do much, and still get what I have earned.  But, I am not that type of person.  Everday, I strive for myself and the company to do better than the day before.   I'm not sure whether Dan has involved you in the issues facing the company and between Dan and I before this most recent issue.   You should consider what can cause a man to  think about  giving up 5% of a company.

Please confirm your willingness to meet together and work out a solution.



Sincerely,

Eddy
[Quoted text hidden]

# EXHIBIT B



November 14, 2017

***Via Electronic Mail and Registered U.S. Mail***

Eddy J.D. Olivares
347 Forest Ave.
Paramus, NJ  07652-5501
ejdolivares@gmail.com

      **Re:**   **Hytto, Inc. and Danxiao Information Technology Ltd. Notice of Termination**

Dear Mr. Olivares,

We represent Hytto, Inc. and Danxiao Information Technology Ltd. (collectively, the "Company") and their President, Dan Liu. This letter is in recognition and acknowledgment of your decision to leave the Company on August 23, 2017 and, to the extent that you believe you still maintain some role, connection to, or interest in the Company, this letter is notice of the termination of any relationship between the Company and you, effective immediately.

You are directed not to interfere with the Company's business in any way, including disparaging the Company on the internet, or contacting its customers and service providers. To the extent that you have any documents or other property of the Company in your possession, you are directed to send them to me at the address set forth below.

This letter is not a waiver of any of the Company's rights or of its claims against you. Please contact me at (312) 255-7976 with any questions.

Sincerely,

Patrick M. Jones

# EXHIBIT C



# EXHIBIT D



Unfortunately, instead of celebrating my accomplishments, the company is now trying to erase my significant role from their history. It was bad enough and depressing that I was forced out and given $0, but altering 7 year old articles crosses a line. This is another reason I would like to do this AMA.

**I would love nothing more than to tell my truth and answer any questions about the early days of LOVENSE, sex toy development, the adult industry, general business questions, startups, working in China, etc... so AMA =)**

FYI, u/lovense2 is my old account which I can't access or I would have posted from that. May be interesting for some of you to look through and may spark a question! In reality, reddit played a huge part in my product and market research, so it's hopefully very fitting to do this AMA in this sub.

Mods, I can provide ID for proof in DMs.

Lastly, for anyone who wants to keep an eye on me, I post here – https://x.com/lovensedispute

**Just Finished** · 19 hr. ago

  

# EXHIBIT E

 r/startups • Need advice on legal help as a cofounder facing mobbing - I will not promote

**Lovense_Co-Founder** replied to **R12Labs** 3 days ago

How to get out in the open?

I am in the middle of a significant co-founder dispute and wanted to do an AMA in this sub, to bring awareness (and at the same time provide a lot of value by answering questions on a huge list of topics)... and the subreddit mod was super rude to me and took the company's side.

To be clear, I gave the mod proof that after giving the company a notice of dispute, they responded by getting 7 year old articles changed (which confirmed my co-founder role) and he said "I'm not taking the hint from the company".

Many others think like him, as I can't get a journalist to cover this.

 I am first named inventor for their first 6 patents, led product development of first 6 of 8 products- all still sold today, responsible for the ICONIC product they still sell today, had a shareholder agreement, etc... and still this mod, who should understand startup issues and understand what significant contributions are, is making it seem like I am delusional about my own role lol

⬆ 3 ⬇    💬 Reply    ↗ Share    •••

# EXHIBIT F

 **r/SexToys** • LELO or Lovense?

**Lovense_Co-Founder** replied to **ficskala** 4 days ago

oh, ok. what you've said is because of a patent. they get a lot of awareness because of a key patented camsite feature and camsites get 500,000,000+ views a month... so it is like free marketing.

Since the company started, they have spent very little on actual marketing campaigns- both me and COO after me had no proper budgets allocated lol. I literally spent close to $0 to get the company from 150k in revenue to over $25 million+ in sales... and after that, it just kept snowballing higher, without any marketing focus, cause it's on all those camsites. Very different than most sex toy companies.

They have grown so large and I believe do spend/focus more on it now, but have been independently called out for their [poor marketing](#)... which is why i was really curious what you meant. I do appreciate the clarification!

 2  Reply  Share  ···

# EXHIBIT G



**r/Entrepreneur** • What's been the toughest moment for you while building your startup?

**Lovense_Co-Founder** commented 18 hr. ago

Getting unilaterally terminated, which was against my shareholder agreement

⬆ 1 ⬇     💬 Reply     ↗ Share     •••

# EXHIBIT H

 **bowzer1919** · 20 hr. ago

How do you feel about lovesenses numerous data privacy issues?

 3      Reply     Share    



**Lovense_Co-Founder** **OP** · 20 hr. ago

I don't recall any major privacy issues in my time there besides the Forbes mess I had to deal with (first major lawsuit was just after me).

I trusted my co-founder to have great, stable and secure tech as he was CTO and it was his main responsiblity. And his software team grew to about 10 or so before I ever hired one worker to help me, so I knew he had the resources...

Given the above and the fact that the software team is even larger now, the only way I can describe Lovense having numerous data privacy issues is "very disappointing". I would hope Lovense also feels disappointed in the privacy issues- no one should be proud of that.

⊖  ⬆ 3 ⬇   ◯ Reply   ↗ Share   ⋯

**bowzer1919** · 19 hr. ago

Thank you for taking the time to answer this question. I appreciate it!

⬆ 2 ⬇   ◯ Reply   ↗ Share   ⋯

**SnoKitten0901** · 19 hr. ago

Any plans for an air pulse panty vibe?

⊖  ⬆ 3 ⬇   ◯ Reply   ↗ Share   ⋯

**Lovense_Co-Founder** **OP** · 14 hr. ago

Cool idea =)

Unfortunately, I am not with the company anymore and can't do anything with it right now... and can't confirm if they have plans for it.

⬆ 1 ⬇   ◯ Reply   ↗ Share   ⋯

# EXHIBIT I

Sad to hear this. I was personally answering most customer emails for the first 2 years- literally every single day. I couldn't trust anyone else to do it well. It was the first department I formed to help me ease my workload and they are probably still using the reply templates I wrote lol...

Being based in China, it is hard to even hire employees willing and capable to help and I imagine their workload is very high these days- that may be causing some of the issue/strain on CS side. Not sure who head of customer service is now, but when I left, we had a good and capable team.

> My impression of lovense being a luxury brand immediately vanished when my $200 MSRP product got shipped in a plastic bag and support wanted me to take tons of pictures and videos of even minor issues?
>
> I'm never buying directly from lovense again because of this. I'll pay a few bucks extra at a retailer that does ship in a box and does have good support, but no doubt you miss out on a lot of money if i do that?

I'm sorry you've gotten a bad impression from the brand- I'm sure that is not their intention and I hope they use comments like yours to improve the experience.

 1   Reply  Share  ...

# EXHIBIT J

do they actually spend on it? I would imagine D&R, because of the time element, is the most expensive part?

The blended profit margins for Lovense are about 60%. I don't think R&D is really that big of a cost- for example, my co-founder pretty much outsourced everything but the code for his first two products. Even lots of big companies continue to let the factories they work with cover the R&D, while they focus on marketing/sales. A few newer companies seem to be more focused on design and R&D, but I think it's unusual for the industry.

⊖   ⬆ 8 ⬇    💬 Reply    ↗ Share    •••

 **Toadbrewer** · 18 hr. ago

If you have a 60% margin, why is the customer support, shipping, etc such a bad part of the customer experience? It really feels like pennies are pinched in this area.

My impression of lovense being a luxury brand immediately vanished when my $200 MSRP product got shipped in a plastic bag and support wanted me to take tons of pictures and videos of even minor issues?

I'm never buying directly from lovense again because of this. I'll pay a few bucks extra at a retailer that does ship in a box and does have good support, but no doubt you miss out on a lot of money if i do that?

⊖   ⬆ 3 ⬇    💬 Reply    ↗ Share    •••

 **Lovense_Co-Founder** OP · 15 hr. ago

> If you have a 60% margin, why is the customer support, shipping, etc such a bad part of the customer experience? It really feels like pennies are pinched in this area.

Sad to hear this. I was personally answering most customer emails for the first 2 years- literally every single day. I couldn't trust anyone else to do it well. It was the first department I formed to help me ease my workload and they are

# EXHIBIT K

 **bentbi666** · 21 hr. ago

I've always loved the idea of an internet connected device allowing couples to enjoy each other at a distance (yes, I travel a lot). Whilst there are products kind of like this, they're usually aimed at hetero anatomy. Ever thought about some type of homo device? IE grip on one side and the other sides flesh jack simulates it.

 ⬆ 2  💬 Reply ↗ Share ···

 **Lovense_Co-Founder** **OP** · 21 hr. ago

I thought of it, but didn't spend too much time on it, simply because I didn't know the size of the market.

To give some insight on how I chose and designed products, I mainly focused on categories which were existing and stable, but had a gap or opportunity in it.

Lush – there was a gap in the market for a good "remote control vibrator"

Hush – there was a gap in the market, as no plug even had bluetooth

Ambi - is my spin on the iconic We Vibe Tango "bullet vibrator"

Edge - the goal was to fit multiple body types well, within the existing "prostate massager" category, so we made it adjustable and patented that feature.

Domi - tried to make a "magic wand" comparable in strenght to the Hitachi Wand, but smaller and wireless

Osci - the only toy concept presented to me by my co-founder Dan Liu- I thought it was a novel mechanism and decided to and market it out as a "g-spot toy"- this was the only product that I launched in an unstable/new category.

Part of my vision for Lovense was to never copy an existing design and just put bluetooth in it and also to not try to go too crazy with concepts that needed us to educate the market. I literally used Google Adwords data to figure out how many searches per month each keyword had, then researched every existing product related to that keyword to find gaps or get ideas on how to be innovative.

Long answer short, untested ideas like yours, while interesting, were not good for me to pursue because we needed sales.. and I couldn't guarantee that with new ideas.

 3   Reply  Share ...

 **Jrmint253** · 20 hr. ago

Odd question, what is your favorite Rum?

 2  ⬭ Reply ⬈ Share ...

 **Lovense_Co-Founder** OP · 14 hr. ago

We're going to have to go out to some rum tasting for you to get that answer.

 1  ⬭ Reply ⬈ Share ...

# EXHIBIT L

 **Lilypadbab** · 21 hr. ago

Were you expecting it to be so popular with VR & VRChat users? Is there any special tech or considerations being made for people who utilize that platform to use your toys?

⊖   🔺 2 ⬇   💬 Reply   ↗ Share   ⋯

**Lovense_Co-Founder** **OP** · 21 hr. ago · Edited 20 hr. ago

Way back in 2015, VirtualRealPorn approached us and I had to convince my co-founder to work with them. I definitely saw potential and wanted to dip our toes into it, but didn't want to put resources behind it, so this partnership seemed like the perfect opportunity. They did all the development and I was able to get some press. This got our brand connected into the VR space.

But back then, I knew the tech wasn't ready. You can see an interview I did in 2016 to get more of my thoughts back then.

There is also this article, with all the leaders in the VR porn space, in there it says - *"Lovense CEO Olivares also believes that increased hardware sales are more than probable, however, he doubts that the technology will be making any big leaps in the next few years."*

Fun fact and side note-- I was never CEO, so that is typo from the article... but can anyone find an interview with the actual CEO, Dan Liu, from the early years? I'd like to keep them in my files and I've found none so far =)

   Is there any special tech or considerations being made for people who utilize that

# EXHIBIT M

> Is there any special tech or considerations being made for people who utilize that platform to use your toys?

We/They were adapting Max, an existing toy and it just didn't function well for the purpose of VR, imo. You can see [my open letter to VR users](#). I was able to use the partnership to get great press, resulting in great sales, but not all sales are good- there were plenty of disappointed people and I personally felt very bad about that.

In the final year, I was overseeing development of a [thrusting toy,](#) which would be better suited for VR Porn, but the hardware team just didn't hit the marks I needed to push it out. GIven that, I never really worked on it enough consider the needs for VR users deeply.

 4    Reply    Share    ...

# EXHIBIT N

> Who would you guys hire for testing products? Cuz id love that as a side gig or even a main gig !!

When I was developing products, I was building a (mostly local) community to test. I wanted as many testers as possible, because I am just one man and just couldn't keep testing as my responsibilities grew. Lush for example, went through countless bluetooth antennas and they all had to be tested by me because no one in the office wanted to try with their partner and ensure it worked well lol.

Everyone I worked with was unpaid, though. And I have no idea what their testing program is like now. May want to reach out to them, as they could have some type of program.

 14     💬 Reply    Share   ...

# EXHIBIT O



| All | Answered | Unanswered |

Sort by:  Best ⌄        🔍 Search Comments

 **K_ir_A** · 23 hr. ago

Do you know anything about the type and quality of silicone being used?

Also, would you have any way of describing the strength of different hands free toys for vulvas/vaginas?

I always hear such contrasting reviews about lovense stuff, one doesn't feel a certain toy at all and the other loves it, ofcourse everyone is different with what they like but if feels much more 50/50 in comparison to for example the satisfyer. So I'm curious if the products are inconsistent or if something else causes such different opinions.

Do you know anything about corners getting cut, quality being sacrificed to save money or anything?

Also thank you for wanting to answer our questions. I've been debating about buying a lovense but because of the reviews I've not been too sure about it so that's mostly what I'm curious about haha.

⊖   🔺 15 ⬇    💬 Reply    ↗ Share    ···

 **Lovense_Co-Founder** OP · 22 hr. ago · Edited 22 hr. ago

> Do you know anything about the type and quality of silicone being used?

I can only speak to the products during my time, but when i arrived, quality or quality control wasn't a priority. They were software developers– and that's all they really thought deeply about. I was the one who pushed for using high quality silicone and (thankfully) that became a pillar of our products... I'm sorry I can't speak in detail about the type being used.

# EXHIBIT P

> Also, would you have any way of describing the strength of different hands free toys for vulvas/vaginas?

Not really. Not exactly sure what you mean. Are you referring to hands free toys like sex machines or even hands free toys like Lush?

If you mean the strength of the vibrations, I just classify it as buzzy vs rumbly.. and then there are levels to those 2 options. Here's a reddit post I made 10 years ago trying to explain some different vibrations (damn that makes me feel old lol).

> I always hear such contrasting reviews about lovense stuff, one doesn't feel a certain toy at all and the other loves it, ofcourse everyone is different with what they like but if feels much more 50/50 in comparison to for example the satisfyer. So I'm curious if the products are inconsistent or if something else causes such different opinions.

I think the biggest part of this is because bodies are so different. The satisfyer is a different style of toy which isn't inserted, so it's more likely to be pleasurable for most. I'd say the same for something like Gush. Something like Lush would be more hit or miss, in terms of orgasmability.

> Do you know anything about corners getting cut, quality being sacrificed to save money or anything?

I personally did my best to keep quality up and never cut corners. There is a challenge with manufacturing in China, because you can only trust our manufacturing partner so much (this is for all industries)... THEY USUALLY try to cut corners, to make more money without you knowing the quality decreased.

I was denied the ability to build a relationship with the factory and that became a big issue

for me over the years. My co-founder was soley responsible for this relationship during my time there. I found out about any quality issues by personally checking batches AFTER the products left the factory, instead of before... and then pushed for improvements if needed. Whether they still care as much or have a much better process today is beyond my knowledge.

> Also thank you for wanting to answer our questions. I've been debating about buying a lovense but because of the reviews I've not been too sure about it so that's mostly what I'm curious about haha.

My pleasure- good luck toy hunting!

 15     Reply    Share    ...

 **K_ir_A** · 22 hr. ago

Thank you very much, this has all been very helpful :) I wish regulations were stricter on sex toys since I have friends that have gotten chemical burns from low quality toys (not from Lovense specifically). I'll look at the comment you linked about the vibrations, I was kinda asking if theres a "measurement" for the strength of these vibrations but I don't know if that's actually a thing hahaha.

It's very depressing to hear how little the others you have worked with care about the quality of the products, I was mostly looking at Lovense because I wanted to try linking the toys with games like the sims which other brands don't really have the ability to. Thank you for at least trying to push for better quality but based on their care and ethics Lovense probably isn't gonna be the brand I'll be going for although probably most (big) brands are similar unfortunately.

 8      Reply     Share    ...

 **Lovense_Co-Founder** OP · 22 hr. ago · Edited 22 hr. ago

> I wish regulations were stricter on sex toys

# EXHIBIT Q

Obviously given Lovense's place in the camming industry, security is an extremely high priority. Was this always recognized? Were there any incidents that you know of and can disclose?

⬆ 3 ⬇    ◯ Reply    ↗ Share    ⋯

 **Lovense_Co-Founder** **OP** · 23 hr. ago · Edited 23 hr. ago

> What was the experience working with factories and vendors as a sex toy manufacturer?

Majority of sex toys are manufactured in China... so that part is really easy. They outsourced most things for Nora and Max, so had a manufacturing partner before me, so this is one area I wasn't too involved in.

> Were any squeamish about the products and not want to work with you or was it considered just another job to them?

The only people a little squeemish were my co-workers lol. It is very, very hard to hire for this industry in China. When I arrived, they were pivotting from non-sex toys... so the existing workers didn't use the products, didn't care about them, wouldn't test and discuss, etc. The company culture stayed like that for a couple years, as I was the only Western person (American) until I started hiring others in late 2016.

> In the west, sex anything is considered high risk and many financial institutions get cold feet when the topic comes up, did you have any issues in China getting funding, loans, accounts, etc?

In China, sex related stuff is very taboo, but selling sex toys isn't really "bad". We had an angel investor which I never even properly met, as he funded operations before I arrived. After I arrived, I always pre-sold toys ($700k+ in total indiegogo pre-sales) and I had done some other stuff to increase sales (SEO, re-did website, very successful google ads, etc), so we never needed to get funding.

# EXHIBIT R

 **Eddy** ✔ @LovenseDispute · Jan 30      ⊘  •••

How to become a sex toy designer?

 **Rubberdiver** · 20 hr. ago

Out of curiosity: what about a prostate-toy that can measure pressure to measure arousal/orgasmic contractions and maybe control penistoys?

⊖  🔺 2 ⬇   💬 Reply   ↗ Share   •••

 **Lovense_Co-Founder** **OP** · 14 hr. ago

Interesting idea. The main problem with stuff like this was the sensors. Maybe things have changed a lot in 7 years- really haven't looked at sex toys since 2017.

🔺 1 ⬇   💬 Reply   ↗ Share   •••

 **pageofwands2** · 19 hr. ago

How to become a sex toy designer?

⊖  🔺 2 ⬇   💬 Reply   ↗ Share   •••

 **Lovense_Co-Founder** **OP** · 14 hr. ago · Edited 14 hr. ago

Funnily enough, I don't really know. The job post I responded to said nothing about sex toys. It was only brought up in the interview after I started asking questions about the product (how the hell was I going to accept position and market something if I didn't know what it was lol).

In my co-founder's defense he thought he was hiring me to market all is project ideas. His developers were focusing on developing a camsite (was very strange to me, because that is highly illegal in China) and he also was prepping to launch a "smart" cock ring that recorded your sex data and put it on FB.

Needless to say, those 2 projects never came out, but I had to fight to not launch them. The road to success was not easy for me and I think some of those early fights created some tensions/issues that persisted until I was forced out.

💬 1          ⟳          ♡ 1          ᵢₗₗ 61          🔖  ⬆

# EXHIBIT S

 **Lovense_Co-Founder** OP · 4 hr. ago

> I was very disheartened to learn about this news, as I am a big fan of the Lovense brand and especially appreciate your remote products. However, I've noticed that there seems to be a lack of initiatives in sex education.

Def a lack of initiatives. Back then, we couldn't really spend money indirect marketing with stuff like sex ed, but given the size of the company now it would be a great initiative to focus on.

> In your role, do you focus solely on research and development, or do you also engage in marketing activities?

Marketing, Website/SEO, PR, Sales (like tradeshows or industry events), Advertising, Customer Service, Product Development, Patent Applications, some UI/UX, Project Management... may be forgetting some lol... lots of different hats and why I earned the co-founder role. Feel free to ask any specific questions about my role for any one of those things.

Everyone else was a traditional employee and took orders. Having said that, I am not downplaying any of my co-workers efforts- everyone in that office worked EXTREMELY HARD and deserves more than they received (at least when I was there, hope everyone is making big bucks now). I did what I did because I was willing, capable, the company had the need and I had promises of equity from my first interview (and then ulimately a shareholder agreement which I thought would be fulfilled).

> Given that Lovense originated in China, I am proud of your accomplishments. Looking ahead, what are your future plans? Do you intend to continue operations in China?

I just so happen to be in China right now, but this is the first time me and my (now) wife have been back since I was terminated seven years ago. It feels strange, but good.

# EXHIBIT T

 **komiooooooo** · 10 hr. ago · Edited 10 hr. ago

Oh my god, I'm sorry to hear that.

I want to know how LOVENSE came up with such ideas and concepts in the development of some toys? In short, how to make toys that satisfy people?

In addition, I noticed that LOVENSE has made rapid progress in the adult industry. In addition to the products, I also want to know what makes the brand progress so quickly.

I saw that lovense has VR and characters, is it licensed or are they all made by LOVENSE? and also I saw a lot of the same businesses as LOVENSE. Are lovehoeny, njoytoys, and aneros the same company?

 ⬆ 1 ⬇    💬 Reply    ↗ Share    ⋯

 **Lovense_Co-Founder** **OP** · 10 hr. ago

> I want to know how LOVENSE came up with such ideas and concepts in the development of some toys? In short, how to make toys that satisfy people?

I covered how I came up with Lush, Hush, Ambi, Domi, Edge and Osci [in this answer](#).

No idea how they come up with ideas now, but I must say... some of their toys look pretty close to some existing products on the market lol.

> In addition, I noticed that LOVENSE has made rapid progress in the adult industry. In addition to the products, I also want to know what makes the brand progress so quickly.

It's the patent. Chaturbate alone gets about 500m views a month and we are all over it because of the patent, without any competition. Given this, the "organic" growth has been absolutely insane. Both me and the COO after me were never even given any marketing budget. I really bootstrapped this to 25 million+ alone and then it kept snowballing from

absolutely insane. Both me and the COO after me were never even given any marketing budget. I really bootstrapped this to 25 million+ alone and then it kept snowballing from there.

I would be absolutely shocked if they spend even $250k on marketing per year.

And, for history's sake, I came up with the idea of the patent by watching camsites, scouring model forums like AmberCutie and Milovana and trying to understand painpoints of the industry... there was a super popular product called OhMiBod and it was essentially scamming customers because the tip sounds didn't correlate with the toy reaction properly (models were straight up faking).

I thought if we could connect tip amount to vibration level, we could help the models make more money and the customers would have a better experience. Even if all the models could do was make the minimum "tip to vibrate" 2 tokens instead of 1, they could instantly double their earnings (at least that was my thinking).

And when the tech team figured out how to do it, the first thing I did was determine patentability and we filed the application.

You can see t[his post on AmberCutieForums which announced the Lush IndieGogo](). I had clear intentions to market to the cam model industry, using this (now) patented feature. I called out OhMiBod pretty hard and tried to get market share. It all worked a bit better than I imagined =)

> I saw that lovense has VR and characters, is it licensed or are they all made by LOVENSE?

I'm pretty far removed from the VR and characters. I started working on what became one of the VR products, but I really can't speak much on it.

and also I saw a lot of the same businesses as LOVENSE. Are lovebeery picutre

# EXHIBIT U

Jan 14, 2025                                                                                    #12



**Lovense Co Founder**

Do you have a US patent lawyer?

No. Hoping my X thread takes off a bit and attracts a few interested lawyers. Kind of a long shot, but I don't have anything to lose.

> AudriTwo said: ↩
>
> the lovense app sucks. it would be better if i could directly connect it to the site with my pc's Bluetooth instead having to use that god awful app. no offense if you built that as well. anytime i have to reconnect the stupid app with my phone, which is frequent, my room would empty cause people assume I'm browsing with it.

I was doing user interface/experience.

Current CEO and other co-founder was/is the tech lead. I really wonder how hard is he working on his apps. I won't comment any further since this is an ongoing legal dispute =)

Actually, I've already probably said way too much... may have to stop commenting. I need a lawyer to tell me what to do lol. For sure, I will always update as I can.

Last edited: Jan 14, 2025

# EXHIBIT V

Jan 14, 2025



**Lovense Co Founder**

> KingMarti said: ↩
>
> If you know the sites that had the information, the wayback machine is your friend, most if not everything should be indexed on there and they wont be able to change that.

Thank you for being helpful! Luckily I did save everything and I can use the WayBackMachine.

I am worried about what they are doing internally and hope this thread helps with that.

Also generally frustrated because my Chinese lawyer does not really seem to care about this key evidence being changed. Says Chinese courts won't care about this aspect.

Overall, just really doesn't feel right to have them get the articles changed. It would be nice to have some proof/links that I founded a unicorn (can help me professionally)- instead, I have the company trying to erase me from history and doesn't even want to recognize my contributions.

Not the first time they removed my name from websites either (my record breaking indiegogos, which I did with just one co-worker, show very little sign of me).

> ElGato said: ↩
>
> For anyone that wants a deeper-dive, I've attached the full original patent PDF. "The ornamental design for a sexual stimulation device, as shown and described."
>
> Eddy, I'm wishing you the best of luck! I would love to see you...
> Get control of your patent
> license it to every manufacturer out there.
> Open source the software... (plugins, OBS, etc)

> AudriTwo said: ↩
>
> good luck! oh for the love of god please open source the software.
>
> *the lovense app sucks. it would be better if i could directly connect it to the site with my pc's Bluetooth instead having to use that god awful app. no offense if you built that as well. anytime i have to reconnect the stupid app with my phone, which is frequent, my room would empty cause people assume i'm browsing with it.*

Thank you both (and everyone else) for the well wishes.

I will definitely do some interesting things if/when I get my patent rights back.

When creating the brand vision I vowed to never to just copy other company's designs and "add bluetooth"... and let's just say, I really don't like what I see has happened to the brand.

**FYI, the patent you attached is for the Lush design (I have 6 US patents and 1 EU patent)... this is the key patent, for anyone interested:**

**FYI, the patent you attached is for the Lush design (I have 6 US patents and 1 EU patent)... this is the key patent, for anyone interested:**

US9762515B1 - Interactive online entertainment system and method - Google Patents

Disclosed is a system and method for allowing one or more users to interact with models from a distance, for example, by enabling the users to tip the models during online video chat sessions, wherein the models can define tipping parameters to perform predefined acts, via an adult toy, based on...

patents.google.com

**Fun Fact -**

*EU has different laws during patent assignments (they needed my signature after terminating me). So, the EU patent rights for the tipping feature still belongs to Dan and I, personally. <u>No company, not even LOVENSE, has the legal right to exploit my patent in that jurisdiction.</u>*

# EXHIBIT W

# Lovense Patent Dispute

👤 Lovense Co Founder · 🕐 Jan 14, 2025

ℹ️ **\*\* WARNING - ACF CONTAINS ADULT CONTENT \*\***

Only persons aged 18 or over may read or post to the forums, without regard to whether an adult actually owns the registration or parental/guardian permission. AmberCutie's Forum (ACF) is for use by adults only and contains adult content. By continuing to use this site you are confirming that you are at least 18 years of age.

Forums › Camming Topics › **General Cam/Creator Chat**



Jan 14, 2025

Hello all!

I am the inventor of the infamous "tip-based vibrations" patent *(you're welcome and i'm sorry)* and I have some news. Given the endless conversations about this feature on this forum, I felt it was appropriate to share here.

I've said what I can say, so far, here:



**x.com**
✕ x.com

This is an ongoing legal issue, so I really can't say everything I want. I can answer select questions and will update regarding this dispute when possible.

**Fun Fact -**

*ACF played an integral part during my research. My decision to launch Lush and the tip based vibrations idea was born out of me scouring this forum and a couple others.*

*I truly tried my best to understand your needs and help cam models make more money compared to the alternatives (like OhMiBod).*

*I hope I've helped YOU earn more!*

# EXHIBIT X



**Lovense Co Founder**

Jan 14, 2025                                                                                                    ⋖ #3

> Vixxen81 said: ↰
>
> Yeah...if there's one thing I'd want you to take back in your career, it would be this. Makes it damn near impossible to earn money without it.
>
> Also, do you have another source for whatever is on X? I dropped it the day Elon bought it. Thanks.

1. Sorry, was trying to help the industry =/

2. Unfortunately, there are so many attached pieces of evidence it's hard to put it here or somewhere else. But basically I claim I was wronged- never properly compensated for any of my inventions or contributions.

I recently realized my patent rights (among other rights) and raised this dispute with Lovense and my co-founder. They responded by denying all claims and contacting 2 websites to remove "co-founder" attributions to my name. The articles are 7 years old... one example is -



The whole reason I started the twitter thread is because they have now gotten 3 pieces of evidence changed, all of which supported my "co-founder" claims. The thread is a bit of a desperate move and I hope it gets some attention.

I joined before they even hit $150k in sales and had two crappy products (original max and nora)  I designed and launched Lush, Hush, Edge, Ambi, Osci and Domi.

They've made about $800,000,000 in sales, mainly due to my contributions and how my patent protects the company from competitors (while also giving free marketing for the company on camsites)... I am hoping my legal battle provides me justice and I can fully tell my story. It's been a long, depressing 7 years of not knowing how to deal with this.

❤ Vixxen81

# EXHIBIT Y



**Lovense Co Founder**

Feb 17, 2025

Thank you for your messages and suggestions!

> NaomiNSFW said: ↩
>
> I really appreciate the effort your putting in here @Lovense Co Founder
>
> I would suggest reaching out to KIIROO and they might provide you with legal support since it's in their best interest. They are well aware of the patent and how limiting it is for their platforms FeelHubX & Feelperformer. I was discussing this recently with the developer of the software. I can ask if I can share their email address and u can send them a message if you want.
>
> You could also get in contact with @JoystickTV . They have a legal rep and one of the developers their introduced me to this Lovense patent issue. There is a strong discontent amongst developers that we can't make good Tip Controlled Apps. I'd love to make something myself for example but it's just not possible without making some really weird workarounds.
>
> Click to expand...

If Kirroo or anyone else wants to be involved, I am open to the discussion. Best to tell them to contact me via DM here or on twitter, as it's probably not best that I put my email address out there.

> NaomiNSFW said: ↩
>
> @Lovense Co Founder Unfortunately this is happening more and more recently. KIIROO recently released a toy called the Spot which had an original idea with tip controlled light displays but they had to delay the launch by a year because of connection issues. Lovense happened to release the Lush 4 with very similar functionality at almost the exact same time only slightly later. I have no doubt that they will copy the Prowands light features as well with the next Domi unless KIIROO is able to file a patent before then. It seems like they rely on their vast resources to quickly develop products before the competition and then release at the same time.
>
> Lovense now has a vast monopoly on the Cam Industry so the majority of their business relies on this patent. I have no doubt they will defend it to the ends of the earth and pay large sums of money to settle disputes before they reach court.
>
> I think when this patent was written it kind of made sense but now only 9 years later it is just stifling innovation for everyone and denying Cam Performers the right to choose what toys they want to use.

Regarding light up toys - To be fair, my co-founder Dan suggested we put a light on Domi. I personally hated (and still hate) the idea of light up toys, but it made sense functionally (to confirm the tip made the toy function) so I threw him a bone and agreed to include it in the product. That was years ago, so I'm not sure how Kiiroo could protect that idea.

 ElGato

# EXHIBIT Z



**Eddy** ✔ @LovenseDispute · Jan 14        ...

Fact #1 – I co-founded @Lovense with Dan Liu and was responsible for the foundational patents, among countless other things.

Fact #2 – The truth about the company's foundation is largely unknown. My significant contributions have been unrecognized and remain uncompensated.



◯ 1          ⇄ 1          ♡ 3          ᐧᔑᵲ 1.1K          🔖          ⬆

Show more replies

# Post



**Eddy** ✓
@LovenseDispute



This thread is complete. It was posted due to the ongoing spoliation of evidence by @Lovense and their lack of confirmation that they will abide by pre-arbitration/trial good faith expectations.

Due to media outreach and alterations by @Lovense, I feel that I have no choice, but to publicize these specific aspects of my case.

@Lovense, please stop focusing on attempting to re-write 7-year-old history and engage with me in good faith.



**Eddy** ✓ @LovenseDispute · Jan 14

Fact #1 - I co-founded @Lovense with Dan Liu and was responsible for the foundational patents, among countless other things.

Fact #2 - The truth about the company's foundation is largely unknown. My significant contributions have been unrecognized and remain uncompensated.



9:17 PM · Jan 14, 2025 · **554** Views

# EXHIBIT AA

> Also, would you have any way of describing the strength of different hands free toys for vulvas/vaginas?

Not really. Not exactly sure what you mean. Are you referring to hands free toys like sex machines or even hands free toys like Lush?

If you mean the strength of the vibrations, I just classify it as buzzy vs rumbly.. and then there are levels to those 2 options. Here's a reddit post I made 10 years ago trying to explain some different vibrations (damn that makes me feel old lol).

> I always hear such contrasting reviews about lovense stuff, one doesn't feel a certain toy at all and the other loves it, ofcourse everyone is different with what they like but if feels much more 50/50 in comparison to for example the satisfyer. So I'm curious if the products are inconsistent or if something else causes such different opinions.

I think the biggest part of this is because bodies are so different. The satisfyer is a different style of toy which isn't inserted, so it's more likely to be pleasurable for most. I'd say the same for something like Gush. Something like Lush would be more hit or miss, in terms of orgasmability.

> Do you know anything about corners getting cut, quality being sacrificed to save money or anything?

I personally did my best to keep quality up and never cut corners. There is a challenge with manufacturing in China, because you can only trust our manufacturing partner so much (this is for all industries)... THEY USUALLY try to cut corners, to make more money without you knowing the quality decreased.

I was denied the ability to build a relationship with the factory and that became a big issue

for me over the years. My co-founder was soley responsible for this relationship during my time there. I found out about any quality issues by personally checking batches AFTER the products left the factory, instead of before... and then pushed for improvements if needed. Whether they still care as much or have a much better process today is beyond my knowledge.

> Also thank you for wanting to answer our questions. I've been debating about buying a lovense but because of the reviews I've not been too sure about it so that's mostly what I'm curious about haha.

My pleasure- good luck toy hunting!

  15    Reply   Share  ...

**K_ir_A** · 22 hr. ago

Thank you very much, this has all been very helpful :) I wish regulations were stricter on sex toys since I have friends that have gotten chemical burns from low quality toys (not from Lovense specifically). I'll look at the comment you linked about the vibrations, I was kinda asking if theres a "measurement" for the strength of these vibrations but I don't know if that's actually a thing hahaha.

It's very depressing to hear how little the others you have worked with care about the quality of the products, I was mostly looking at Lovense because I wanted to try linking the toys with games like the sims which other brands don't really have the ability to. Thank you for at least trying to push for better quality but based on their care and ethics Lovense probably isn't gonna be the brand I'll be going for although probably most (big) brands are similar unfortunately.

  8    Reply   Share  ...

 **Lovense_Co-Founder** OP · 22 hr. ago · Edited 22 hr. ago

> I wish regulations were stricter on sex toys

# EXHIBIT BB

← **Post**




**Eddy** ✔
@LovenseDispute



I just found out that @Lovense dissolved Hytto Inc on November 28, 2024.

Yes, the same US entity that nearly $1,000,000,000 has flowed through from 2014 til 2024.

Yes, the same US entity that I set up weeks after joining the company and was Treasurer of from inception until my unilateral termination in 2017.

Yes, the same US entity that is in my (breached) shareholder agreement.

Yes, the same US entity that my dispute is mainly about... someone refused to show the Treasurer the US tax returns, right?

Let's do a simple recap of events:

November 7, 2024 – After 7 long years, I issue a notice of dispute to Lovense

November 27, 2024 – Lovense's Chinese lawyer denies my claims, using weak af arguments

November 28, 2024 – Lovense decides to dissolve their main US entity

Can any legal professionals tell me if this is hurting or helping my case?

# EXHIBIT CC

 **Eddy**  @LovenseDispute · Feb 27

Another retaliatory action today.

Got me silenced on yet another public forum.

Why would @Lovense threaten @ambercutieforum with a lawsuit? Why not threaten me with legal action?

Can any legal professionals tell me if this is hurting or helping my case?



# EXHIBIT DD

**Eddy** 
@LovenseDispute

What does @Lovense staff think of its CEO, Dan Liu?

Luck doesn't build companies.

Luck runs out.

I bet Dan Liu's legacy will not be "the luckiest man in the world" 

When will his public image change? Will he become more known, worldwide? For what?

君子报仇，十年未晚

> Dan is viewed internally with no respect, as the luckiest man in the world who had a foreigner (you) set everything up for him and became extremely wealthy as a result.

3:54 PM · Feb 27, 2025 · **110** Views

       2      

# EXHIBIT EE

# Post

**Eddy** ✔
@LovenseDispute

Marketing @Lovense after I left...

Now it makes total sense how they grew super fast without me- they took pictures with fruit in hotel rooms!!

Note to @Kiiroo, @svakom_usa, @wevibe, @OhMiBod, @OfficialHismith ... you may want to copy their marketing- seems like a good ROI.

If you didn't know, Lovense has nearly $200 million in annual sales 👀

integration, and so on, come to mind. Marketing at Lovense consisted of renting a hotel room and taking pictures of a grapefruit with a loosely formed "slogan". Part of this is that they would only hire the cheapest people, and the other part is that when they did start to try and bring in experts, Dan couldn't help but doubt them and think he knew best on all topics and all facets of business.

4:12 PM · Feb 27, 2025 · **127** Views

  

# EXHIBIT FF



**Eddy** ✓
@LovenseDispute

Who said things are cheap in China?

I wonder how much @Lovense is paying for their legal counsel.

Their genius retaliatory actions so far:

1. Dissolved the US company involved in my dispute (nearly $1 billion flowed through it)

2. Changed my old @LovenseSales  twitter profile to remove "co-founder" from the bio

3. Contacted @YNOT_Cam  to get an old article to remove my "co-founder" title

4. Contacted @FutureofSex to get an old article to remove my "co-founder" title

5. Got my recent AMA post removed from @Reddit  (and I'm banned now) for "impersonation".

6. Transferred my EU patent rights (using the 7 year old assignment I'm disputing)

7. Threatened @ambercutieforum  with a lawsuit due to me posting about Lovense there.

Meanwhile, what has Dan Liu publicly said about patent and other disputes?

# EXHIBIT GG



**Eddy** ✔ @LovenseDispute · Apr 30

Still working day and night on this.

Who at KWM did I retain? For which claims?

He's now ready. I've been ready. @Lovense, Dan Liu and Huiyun Su are definitely not ready.

君子报仇十年不晚



**Memorandum**

金杜律师事务所
KING&WOOD
MALLESONS

**Privileged & Confidential**

| | |
|---|---|
| **Date** | 30 April 2025 |
| **To** | Mr. Eddy JD Olivares II |
| **From** | King & Wood Mallesons |
| **Subject** | ████████████████████████████ |

Mr. Eddy JD Olivares,

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

A
1
2
3
4

Page 1 / 6   —  ⊙  +

◯        ⇄        ♡        ⅃⅃ 118        🔖   ⬆

# EXHIBIT HH



**Eddy** ✔ @LovenseDispute · May 10

  · · ·

Did I mention I have already retained another lawyer since December? The co-founder of a top IP law firm in China, who is also ready to take action.

Why do I need so many lawyers, Dan Liu? Why are top lawyers in China taking my case? Who at KWM did I retain?

How many more lawyers do I need before I can officially start this war and it becomes a little more public?

@Lovense and the camming industry will never be the same after I'm done. Are you ready @chaturbate @LiveJasmin @CamSodaCams @MyFreeCams @StreamateModels?



In 2003, Mr Liu co-founded Scihead & Partners.

In 1998, Mr Liu graduated from Peking University, majoring in Intellectual Property Law, then he joined Guangdong Huaxu Law Firm.

**Representative Matters**

1.Representing Microsoft in computer software infringement cases against Sinovel. This was the first litigation where Microsoft asserted its rights in China.

2.Representing Foxconn in more than 30 patent infringement cases and winning most of those cases.

3.Representing Hosokawa in more than 10 patent infringement cases and winning most of those cases.

4.Representing Zalman in more than 30 patent infringement cases and winning all those cases. In one case, Zalman was granted the first patent infringement injunction issued by Shenzhen Intermediate People's Court.

5.Representing Dyson in more than 100 patent infringement cases. Those cases involved invention, utility model and design patents. The Dyson cases required significant cooperation between multiple agencies such as the courts, local IP offices, customs, the police, exhibition agencies and others.

6.Representing Daicel in manufacturing method patent disputed disputes worth around RMB 180 million. Those cases included complicated issues related to gathering and preserving evidence.

7.Representing Comba in patent disputes with Andrew. The cases include civil and administrative lawsuit in China, America and Brazil. One of the invalidation cases recognized as a Top 10 Patent Review Invalidation Case in 2009.

to 契晓琳（立方）, me, 刘运昌（立方）, Gziplaw ▼

Dear Eddy,

        2      134        

# EXHIBIT II

**Eddy** ✓ @LovenseDispute · May 12
Hint, hint @Lovense 👀

Imagine going up against this beast 😂

He is literally shaping Chinese law with his legal arguments.

Why would this lawyer take my case?
Someone go ask CEO, Dan Liu, because I bet he told employees that my case is frivolous 😂

He's really gotta stop lying. That is what got him in this position!



rights in a listed company;

• China's first favorable judgement affirming the legality of acquisition conducted by a stake-building party in a listed company;

• China's first injunction preventing a listed company from depriving shareholders of voting rights;

• China's first injunction addressing vote-counting rules for elections at a listed company's shareholder meeting;

s named one of the **"2024 A**

**Top 15 Litigators"** by *Asia*

*Business (ALB)* and has

utively received **"Leading**

**dual"** and **"Highly**

**mmended Lawyer"** recogni

*Legal 500*.

             2       93      

# EXHIBIT JJ

 **Eddy** ✔ @LovenseDispute · 9h                                             ⊘   ···

Memorial Day Weekend… a time when @Lovense can honor soldiers- a group of people that the brand and products can actually help. I remember getting customers emails from service men and woman saying our products helped. It was a key demographic I wanted to help.

And what does @Lovense do for this holiday? Organize and heavily promote a digital orgy using furry porn artists lol

Even more funny that it is a Chinese company running this behind the scenes. Back in 2019 they couldnt even get Chinese patents approved because the underlying tech was considered to be "violating public order and morality" 😂😂😂

Imagine what government agencies will do/think when they realize most of this digital orgy is being orchestrated from Guangzhou, China 👀

> ### 3. Regarding the Three Chinese Patents (CN-107296730-A, CN-107296732-A, CN-107296733-A)
>
> We have reviewed these patents and found that all three were rejected and invalidated by the China National Intellectual Property Administration on May 21, 2019. The reason for rejection was that the patent content violated public order and morality.
>
> In China, inventors have a right to be named on valid patents. If these patents were still in force, you could have asserted inventorship and sought compensation. However, since all

                     1        67       🔖 ⬆

# EXHIBIT KK

# 工作经历

### Co-Founder

LOVENSE

Lovense · 全职
2014年7月 - 2017年8月 · 3 年 2 个月
Guangzhou, Guangdong, China

Dan Liu claims to be a solo founder of Lovense. When I joined his fledgling start up, he had a poorly outsourced design of Max and Nora with a bad app and user experience. There were 2 software developers, 1 graphic designer and Dan's role was mainly "being the boss".

For years they tried launching non-sex toy projects but failed. Max and Nora was a copycat of a startup called LovePalz. The company saw some initial success, but no one was even interested in sex toys. FOR YEARS, no one in the company besides me was even willing to try or discuss the products 😂

Our main competitor had plenty of money, market influence and widespread distribution due to Fleshlight being their partner. Meanwhile I had no resources and no guidance/support. When I joined, Dan Liu's genius next moves included:

1. Hi Pleasure - An adult camsite, which is illegal in China
2. Bandnana - A cock ring that recorded your sex data and posted it to FB (you compete against everyone in the world)

He had all employees work on his illegal Chinese cam site for over a year. I had to fight him for months before he gave up on these ideas.

I did everything and anything I could to make Lovense a success, and I earned the co-founder title. No other early employees took on additional roles.

I am the one who figured out the appropriate next product- Lush. The Camsite Tipping Feature (US Patent #9762515) was my idea and I pursued the patent application to protect it. I designed and successfully launched Lush, Hush, Osci, Domi, Edge and Ambi.... all while doing COUNTLESS other things.

How much help did I have? What specific tasks did Dan Liu do to build and grow Lovense? How many early employees were promised good pay and/or equity, but never got it?

How long did it take Lovense to create a new product after I left? Did Dan Liu treat employees well after I left?

Does US Patent law or written agreements mean anything to Dan Liu?

How long until I get what I deserve? How many lawyers will I need?

# EXHIBIT LL

 **Eddy Olivares** in • 3 度+
Lovense Co-Founder | 君子报仇，十年未晚
**访问我的网站**
3 天前 • 已编辑 • 🌐

＋ **关注**    ···

I'm still wondering why someone at **Lovense** recently requested **YNOT** alter this 7 year old article about me.

Imagine being largely responsible for a company making half a billion in profits and then its employees help retroactively remove your role from public company history.

In my experience working with him, **Dan L.** was always bad at acknowledging and compensating employees, but this crosses the line of what is acceptable. He allowed this? Or worse- he personally requested it try to be changed?

I hope he is treating current employees better. They deserve a good leader.

**显示译文**




# EXHIBIT MM

**Seerley Naveen Gulrajani Jason Dante Dan Miller EAN Magazine XBIZ Sara Ramirez**

显示译文

赞 · 👍 1 ｜ 回复 · 1 条回复

 **Eddy Olivares** in **作者**                    (已编辑) 1 天前  •••
Lovense Co-Founder | 君子报仇，十年未晚

**Raj Armani** Very sad to hear. I remember connecting with you and am happy to see your overall success in the past 7 years.

Honestly kinda surprising they would treat you poorly, as India is a very challenging market and I see you've been a fantastic partner.

My experience with adult biz news, is that they do not care about issues like ours, as they don't want to ruin the relationship with **Lovense**... I sincerely hope this changes and they help you expose whatever is going on.

显示译文

赞 · ❤️ 1 ｜ 回复

# EXHIBIT NN

**最相关** ▾



**Raj Armani** • 3 度+                                               9 小时前   •••
Co-Founder & COO @ Besharam, India's #1 Store for '...

Eddy - You do NEED to speak up, to XBIZ, EAN as well as
StoreErotica. Lovense will be representing at EroSpain, I plan
to speak up about our experience with Lovense. You may
consider that.

**显示译文**

**赞** · 👍 1 │ **回复** · 1 条回复



**Eddy Olivares** in **作者**                                        8 小时前   •••
Lovense Co-Founder | 君子报仇，十年未晚

**Raj Armani** I did reach out to **XBIZ**, EAN and some
mainstream news. No one cares... so far.

I am just getting started. I am selling every asset I own
to fight Lovense in multiple jurisdictions. I will happily
spend every last dollar pursuing my rights, for years if I
have to.

Good luck getting coverage! I admire your willingness
to expose what they're doing to you... and not just bow
down. You will be helping a lot of other distributors and
retailers by sharing your experience.

**显示译文**

**赞** · 👍 1 │ **回复**

# EXHIBIT OO



**Eddy Olivares** 🔗 · 3 度+
Lovense Co-Founder | 君子报仇，十年未晚
**访问我的网站**
9 小时前 · 🌐

Why did **Lovense** recently threaten Amber Cutie Forums with legal action after I posted there?

My post was removed and I was banned because the owner was scared.

Lovense also got me banned from **Reddit, Inc.** for "impersonation" after posting an AMA on r/sextoys. Has **LinkedIn** been contacted already as well?

Are Americans no longer allowed to speak on their granted patents and prior work experiences in public forums?

I signed no NDAs, no confidentiality agreements, exposed no trade secrets and am speaking on my personal work from 10 years ago!

Anyone know which law supports Lovense's actions?

**Patrick Jones** / **Alan Li** if you believe I've done something wrong, why not address me directly instead of threatening unrelated third parties? She is just a poor cam model with a message board.

Are the intimidation tactics going to escalate if I choose to discuss my prior work experience in public? Are all Lovense employees silenced like this after they part from the company?

**Jincheng Tongda & Neal Law Firm**
**AEGIS Law**

显示译文

**Wednesday, February 26**

Just a heads up. Lovense just threatened legal action repeatedly against the owner of

# EXHIBIT PP

Lady Olivia
Lovense Co-Founder | 君子报仇十年未晚
访问我的网站
5 小时前 · 🌐

34,000 x 365 days = over 12 million **Lovense** streams per year

How many camsite streams do great companies like **LELO**, **SVAKOM Design USA Limited**, **Kiiroo Amsterdam**, **OhMiBod** and others get each year?

How did Lovense conquer the adult toy industry while spending almost nothing on marketing/advertising AND treating partners/employees poorly? According to public data, sales are now roughly $200,000,000 annually...

The rapid and ongoing growth is clearly due to tip-based vibrations, protected by US Patent #9762515. Each model's stream is like a long, extremely engaging advertisement for Lovense products...

Under what conditions did Lovense obtain all my patent rights? Were any conditions honored? Did I receive even $1.00?

What will 12 American jurors think about all of Lovense's recent retaliatory actions against me?

How much would Lovense's $200 million in annual sales drop if those camsite tipping patent rights are lost?

If Lovense lost their patent rights, who would retain ALL patent rights for tip based vibrations? Me.

The most important question is.... When I reclaim full patent rights, should I license to Lovense's competitors or start a new company?

(Thank you to **Creative Conceptions**, for obtaining and sharing the average daily stream numbers! Luckily I'm extremely hands on, cause my lawyers would have never found that gem 😂)

显示译文



🌀 2                                    1 条评论

👍 赞        💬 评论        🔄 转发        ✈ 发送

# EXHIBIT QQ



**Eddy Olivares** · 3rd+
Lovense Co-Founder | 君子报仇，十年未晚
Visit my website
1mo · Edited · 🌐

+ Follow    · · ·

Screenshot below details how Dan Liu, the CEO of Lovense, directed an employee to impersonate me and attempt bank fraud on Lovense's US bank account. I only found out about this recently.

I always acted in good faith and I assumed my co-founder/co-inventor did as well. I was too busy building the company and didn't realize the level of betrayal I was dealing with. I partially blamed myself for the unreconcilable fallout between us and fell into a deep depression for many years.

Co-founder disputes are a normal part of #startups- especially high growth ones. What's not normal is breach of fiduciary trust, breach of fiduciary duty, breach of contracts, willingness to break serious laws and countless retaliatory actions 7 years after the initial dispute.

Since my recent notice of dispute in November 2024, I have connected with current and past Lovense employees and heard their stories. There is a clear and ongoing pattern of behavior by the CEO. I am actually extremely lucky that I still have legal recourse and have plenty of funds to pursue all claims.

I could stay quiet as my lawyers prep, but I refuse to be intimidated by Lovense's retaliatory actions and attempts to silence me. I will continue to speak out as much as possible before, during and after my lawsuits.

I share details with the hope that everyone in the industry uses caution when working with Lovense. If the CEO is treating employees so poorly, we can only imagine what he is willing to do to everyone else.

And unfortunately, many current Lovense employees seem to follow his questionable orders without any independent thought (like contacting Reddit to ban my account, asking multiple media outlets to change 7 year old articles about me, threatening lawsuits against forum owners who allow my posts, etc.).

Is the designer and marketer of many of the best-selling sex toys in the last decade not allowed in this industry anymore? No one cares this is happening? I wonder if XBIZ, ETO Magazine, YNOT, AVN, StorErotica and others have been asked by Lovense not to speak on/to me?

It's very sad and frustrating that new Lovense employees are benefitting from my patents and foundational contributions, while at the same time actively hurting my professional image and opportunities. When will it end?

I started at Lovense in September 2017. Just a few days in, Dan came to my desk one morning and invited me into his office. Once there, he had the bank's website open along with a sheet of paper that had your name, DOB, and

there, he had the bank's website open along with a sheet of paper that had your name, DOB, and other details on it. He told me a story about Eddie leaving the company and "hijacking" the bank account, which he claimed had nearly half a mil in it at the time. Dan asked me to speak to a bank representative and basically impersonate you to regain access to the account. I reluctantly agreed

 1                                              3 comments

 Like           Comment           Repost           Send

# EXHIBIT RR





**Eddy Olivares** · 3rd+

Lovense Co-Founder | 君子报仇，十年未晚

Visit my website

2w · Edited · 🌐

+ Follow

· · ·

I cannot control other people's opinions, based on their own experience
working alongside Dan L. at Lovense.

To be clear, this opinion is from an employee I never even met. I shared this
on X because I thought it was funny and it loosely supported my claims, but
I should clear Dan's name!

For the record, let me defend my co-founder, Dan Liu... I admit I did not do
EVERYTHING.

But what did I do? And what did Dan do? Why is Dan Liu trying to
retroactively steal credit for my work?

Lucky for me, Dan outlined his responsibilities during our final dispute. I will
clear his name and explain exactly what he is responsible for in upcoming
posts.

Dan is viewed internally with no
respect, as the luckiest man in
the world who had a foreigner
(you) set everything up for him
and became extremely wealthy
as a result.

# EXHIBIT SS



Jan 14, 2025

share    #12

> Do you have a US patent lawyer?

No. Hoping my X thread takes off a bit and attracts a few interested lawyers. Kind of a long shot, but I don't have anything to lose.

> **AudriTwo said:** ↩
>
> *the lovense app sucks. it would be better if i could directly connect it to the site with my pc's Bluetooth instead having to use that god awful app. no offense if you built that as well. anytime i have to reconnect the stupid app with my phone, which is frequent, my room would empty cause people assume I'm browsing with it.*

I was doing user interface/experience.

Current CEO and other co-founder was/is the tech lead. I really wonder how hard is he working on his apps. I won't comment any further since this is an ongoing legal dispute =)

Actually, I've already probably said way too much... may have to stop commenting. I need a lawyer to tell me what to do lol. For sure, I will always update as I can.

**Lovense Co Founder**

Last edited: Jan 14, 2025

# EXHIBIT TT

RIMON LAW
*www.rimonlaw.com*

May 28, 2025

**VIA OVERNIGHT DELIVERY AND E-MAIL**
Eddy J D Olivares II
PO Box 10335
Naples, FL 34101
ejdolivares@gmail.com

   Re: Lovense – Cease and Desist

Dear Mr. Olivares II:

  Rimon, P.C. and I represent Hytto, Pte. Ltd. and Danxiao Information Technology Ltd. (collectively, the "Company" or "Lovense").  I am writing to demand that you immediately cease and desist from your unlawful misconduct, including but not limited to misappropriation and disclosure of the Company's trade secrets, interference with the Company's business operations and defamation of the Company's reputation and brand.

  Lovense has become aware that you have made deceptive and defamatory remarks on multiple online platforms, such as LinkedIn, Reddit, Twitter (X), and Ambercutie in an attempt to harm Lovense's business and to attempt to force Lovense to provide you with stock that you clearly are not entitled to.

  Below are just a few examples of the defamatory and misleading statements you have made:

- You falsely stated on Reddit "I am Co-Founder of LOVENSE, AMA" however, you did not co-found Lovense.

- You falsely stated on Reddit "I assigned my patents over for $0 because I had a shareholder agreement" and stated on Ambercutie that you were "never properly compensated for any of my inventions", however, you were compensated for your employment with Lovense and assigned the patents to the Company because they were created in the course of that employment.

- You stated on Reddit that Lush was "…the first product I led development on…," that you "…led product development of first 6 of 8 products…," that you were "…the person who designed and launched Lush…" and posted on Ambercutie "I designed and launched Lush, Hush, Edge, Ambi, Osci and Domi", however, this is not accurate. Without a background in engineering or product design, you did not design or lead product development of these products.

**RIMON** LAW
www.rimonlaw.com

May 28, 2025

- You stated on Reddit "The company's position is that my shareholder agreement is 'invalid' because I left before December 2018, when my shares would vest. My shareholder agreement said 'unilateral termination' wasn't possible, but they did it anyway", however, you left your employment with Lovense voluntarily and without formal notice pursuant to the Company's official protocol.

- You falsely stated on Reddit that "…quality or quality control wasn't a priority" for the Company.

- You falsely stated on Reddit that you were "kicked out," and posted that you were "Getting unilaterally terminated, which was against my shareholder agreement", however, as set forth above, you left employment voluntarily and without formal notice pursuant to the Company's official protocol.

- You stated on Reddit "The blended profit margins for Lovense are about 60%..., my co-founder pretty much outsourced everything but the code for his first two products" all of which is not true.

- You stated on Reddit "I literally spent close to $0 to get the company from 150k in revenue to over $25 million+ in sales…and after that, it just kept snowballing higher, without any marketing focus…", which is not true.

- Your disparaging remarks about the Company's owner, Mr. Liu as well as remarks about the Company's actions, financials, marketing and manufacturing are also not true.

- In addition, Lovense understands that you have reached out to numerous media outlets, major competitors, prominent industry fora and current customers of the Company in an attempt to defame and disparage the Company further.

These actions and published comments are causing immediate and irreparable harm to the Company's reputation, brand, and business and are in violation of the law. By publishing these remarks that you know to be false, you are intentionally interfering with the Company's business relationships, including its business with partners, and engaging in defamation and disparagement of the Company.

Further, Lovense has discovered that you have misappropriated and unlawfully disclosed the Company's trade secrets and confidential information, including details about the applicable equity incentive plan, marketing strategies and methods, financial information, and communications with Mr. Liu regarding business operations and corporate management.

Your actions and misconduct give rise to the following causes of action:

- Tortious Interference with Business Relationship
- Tortious Interference with Contract
- Defamation

May 28, 2025

- Business Disparagement
- Violations of the U.S. Defend Trade Secrets Act, 18 U.S.C. §§ 1836, et seq.
- Misappropriation of Trade Secrets
- Breach of contract

This letter is a formal demand that you immediately cease and desist from engaging in the unlawful conduct set forth above and stop what has already occurred.

Specifically, the Company demands that you immediately refrain from:

1. Defaming or disparaging the Company or its management and take any and all steps necessary to remove defamatory or disparaging comments and posts that you have already made, including, but not limited to, those listed above; and

2. Using, publishing, and disclosing the Company's trade secrets and confidential information.

Furthermore, the Company also demands that you immediately:

1. Undertake appropriate actions to ensure that the Company's trade secrets and/or confidential information are found, quarantined and not used, published, or disclosed; and

2. Return all Company property, including any physical documents or electronic files, that you have taken or otherwise have in your possession; and

3. Return all Company trade secrets and confidential information in your possession and confirm that you no longer have any Company trade secrets or confidential information in your possession.

This letter also constitutes a litigation hold demand directed to you. The scope of this litigation hold demand specifically includes documents, electronically stored information and material related to the issues set forth in this letter that are in your possession, custody or control ("Litigation Hold Material"). This means that you must preserve any information or documents that may be relevant to the issues raised above, including but not limited to email and text messages in your personal email accounts (not corporate), personal (not corporate) smart phones and personal (not corporate) computers. To be clear, all Litigation Hold Material relating in any way to the business of Lovense or statements about Lovense or its management to third parties (including, but not limited to, text messages, personal emails, phone records, messaging apps, social media messages, etc.) are to be preserved. Under no circumstances should you allow any such materials to be destroyed or altered. You must also ensure that all automatic or routine deletion or alteration processes are stopped. Your failure to retain this evidence would trigger civil and evidentiary liability and could result in severe sanctions in future litigation.


*www.rimonlaw.com*

May 28, 2025

 The foregoing does not constitute an exhaustive statement of the facts and claims related to these matters. This letter is sent without waiver of or prejudice to the Company's rights and remedies, and the Company specifically reserves all of its rights and remedies, legal, equitable, and otherwise, including the right to institute a civil action at any time for injunctive relief, monetary damages, attorney's fees and costs, and/or other damages.

 You are advised to consult these matters with an attorney. If you retain an attorney, please have your counsel contact me as soon as possible and no later than close of business on June 11, 2025 to discuss your compliance with the above. If we do not hear from your counsel or you by the close of business on June 11, 2025 confirming your compliance with the above, we will assume that you do not intend to comply and will take additional steps to protect the Company's rights, which may include initiating litigation against you.

Very truly yours,

RIMON, P.C.

Christopher J. Kelly

Ricardo Ampudia, Esq. B.C.S.
Board-Certified Specialist in International
Litigation and Arbitration by The Florida Bar