UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HYTTO PTE. LTD., DANXIAO
INFORMATION TECHNOLOGY
LTD.,

      Plaintiffs,

  v.

EDDY JD OLIVARESII,

      Defendant,
_____/

Case No. 2:25-cv-576-KCD-NPM

## ORDER

This case was before the Court for oral argument on Plaintiffs' Motion for Preliminary Injunction (Doc. 23) and Defendant's Motion to Dismiss (Doc. 55). For the reasons stated on the record, which are incorporated herein by reference, it is **ORDERED**:

1. Plaintiff's Motion for Preliminary Injunction (Doc. 23) is **DENIED WITHOUT PREJUDICE**;

2. Defendant's Motion to Dismiss (Doc. 55) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted as to Count VII, which is dismissed without prejudice. Plaintiffs may file an amended complaint within 30 days. The motion is otherwise denied.

**ENTERED** in Fort Myers, Florida on November 4, 2025.

_____
Kyle C. Dudek
United States District Judge